FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

"Rape" ~~(crime)~~ "Sexually Assaulted." COMPLAINT

(Last Name) Edge(?)
(Identification Number) 13856
(First Name) Hudson
(Middle Name) Lynn
(Institution / Address) M.D.O.C. E.M.C.F. (OR) 118, Lynn St.

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Miss. Dept. of Corrections, for E.M.C.F.
(OR) M.T.C. Management, Training
Corporation, (Sgt. Pullums, ofc. Johnson,
ofc. Battle, and ofc. Scott.

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:14cv548-DPJ-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (X)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: 2004, At M.S.P. – "Miss. State Penitentiary" All actions, was not follow; And, State District Court of the Southern District of Miss. M.D.O.C.; East, Miss. Correctional Facility.

2. Court (if federal court, name the district; if state court, name the county): Sunflower, Co. Northern District of Miss; The Southern District of Miss; Lauderdale, Co.

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Did not follow Actions for the Northern District. Still pending for Southern.

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Hudson Lynn Edge    Prisoner Number: #13856

Address: East. Miss. Corrections. Facility. 10641 Hwy 80 Meridian, MS. 39307/39304 (OR)
Home Address 118, Lynn; Street, Grenada, MS 38901.

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Sgt. Pullyum3, ofc. Johnson, ofc. Battle, And ofc. Scott    is employed as "Correctional officers," at M.D.O.C. East. Miss. Correctional. Facility, for M.T.C. Management, Training, Corporations.

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Hudson Lynn Edge    ADDRESS: M.D.O.C. East. Miss. Correctional. Facility.
Hudson Lynn Edge              118, Lynn, St. Grenada, MS 38901.

DEFENDANT(S):

NAME: Sgt. Pullyum3           ADDRESS: East, Miss. Correctional. Facility (OR) N/A
Lord Team, ofc. Johnson                    ''
Officer Battle                              ''
Officer Scott                               ''

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (X)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (X)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (X)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (X)   No ( ), if so, state the results of the procedure: _A.R.P. was denial !!!!_

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Complaint: On the 7/8th day of March, of 2014. My Constitutions Rights Where Violated!!! "Here at M.D.O.C., for M.T.C., Management Training Corporation's." By these Staff's: Sgt. Pullman, Ofc. Johnson, Ofc. Battle, And officer Scott. These "M.T.C., Staff's" for M.D.O.C., And East. Miss. Correctional Facility; Did violated My Constitution Rights here at 4:30 p.m. on the above date of this report... These Staff's Did unlawfully and recklessly, under no circumstances; of; The Miss. Dept. of Corrections," Held me down, on the floor of My Cell 116-of B-pod, on unit #5; And raped me in my butt hole... This is My ture Complaint provided to the State of Miss. Court's.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I, Hudson Lynn Edgett, SSI. 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. Wish to press charges on these Staff's And I'm Seeking A Hundred's Trillion's of Dollar's.

Signed this 4/8th day of July, 2014.

Hudson Edgett #13856, E.M.C.F;
(or) 108 Lynn, St Grenada, MS 38901.
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

7-4-2014
(Date)

Hudson Edgett
Signature of plaintiff

4