```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION


HUDSON LYNN EDGET

vs.                  Civil Action No. 3:14cv548-DPJ-FKB

MTC, ET AL
```

**TRANSCRIPT OF HEARING**

```
             BEFORE THE HONORABLE F. KEITH BALL
               UNITED STATES MAGISTRATE JUDGE


                     December 18, 2014
                    JACKSON, MISSISSIPPI


APPEARANCES:

FOR THE PLAINTIFF:    MR. HUDSON LYNN EDGET, PRO SE


FOR THE DEFENDANTS:   MR. STEVEN JAMES GRIFFIN


REPORTED BY:   BRENDA D. WOLVERTON, RPR, CRR
               Mississippi CSR #1139
```
_____

```
              501 E. Court Street, Suite 2.500
                 Jackson, Mississippi  39201
                        601-608-4188
```

EXHIBIT "A"

```
 1          THE COURT:  All right.  I'm going to go ahead and get
 2   started.  The court calls Hudson Lynn -- is it Edget?
 3          THE PLAINTIFF:  Edget, but it's spelled with two Ts,
 4   but they left one off.
 5          THE COURT:  All right.  This is Cause No. 3:14cv548.
 6   Mr. Edget, if you will raise your right hand, please, sir?
 7                        HUDSON LYNN EDGET,
 8   having first been duly sworn, testified as follows:
 9          THE COURT:  All right.  Will you state your full name
10   for the record?
11          THE PLAINTIFF:  Hudson Lynn Edget, sir.
12          THE COURT:  All right.  I will now have defense
13   counsel identify himself for the record as well as the
14   defendants on whose behalf you're appearing.
15          MR. GRIFFIN:  Your Honor, Steven Griffin here on
16   behalf of Management & Training Corporation, M. Pulliam, which
17   I think is identified as Sergeant Pulliams in the complaint,
18   and Defendant A. Battle.
19          THE COURT:  All right.  I'm going to -- well, let me
20   go ahead and start with the preliminary things.  Mr. Edget, my
21   name is Keith Ball.  I'm a United States Magistrate Judge.
22   There is also a United States District Judge assigned to the
23   case, and that's Judge Dan Jordan.  Your case falls under the
24   Prison Litigation Reform Act, and one of the things that I must
25   do in these kinds of cases is to screen the complaint to see
```

```
 1   whether you have stated a claim upon which relief can be
 2   granted.  Stated differently, it means I'm looking at the facts
 3   that you have alleged in your complaint and the claims that you
 4   have made and I will look at the law.  And what we've got to do
 5   in screening the complaint is apply the law to your facts and
 6   see whether you have stated a claim that can go forward in this
 7   court.  Do you understand?
 8           THE PLAINTIFF:  Yes, sir.
 9           THE COURT:  All right.  Mr. Edget, I just want to note
10   that you have been shaking since you have been here.  You're
11   moving your knee up and down, and your arms are shaking.  Are
12   you in a physical condition that you can proceed in this
13   hearing today?
14           THE PLAINTIFF:  Yeah, I guess so, but they did put
15   shots on me while I was back at the room.
16           THE COURT:  All right.  I'm sorry.  I couldn't
17   understand what you said.  Would you repeat that, please?
18           THE PLAINTIFF:  They have been forcing Haldol shots on
19   me ever since I have been at that facility.  That medication
20   messes my system up like that.
21           THE COURT:  Okay.
22           THE PLAINTIFF:  They raped me, too, over there.
23           THE COURT:  All right.  That's what we're going to
24   talk about.  But do you -- have you had any particular
25   psychiatric diagnosis?  Has any doctor diagnosed you with a
```

```
 1   particular psychiatric condition?
 2            THE PLAINTIFF:  They said I'm a paranoid
 3   schizophrenic, but I ain't got nothing but attempted burglary
 4   charge.  I just knocked on my neighbor's window, and they gave
 5   me 25 years for that.
 6            THE COURT:  Okay.  Other than being diagnosed as a
 7   paranoid schizophrenic or being diagnosed with paranoid
 8   schizophrenia, are there any other diagnoses that you have
 9   received that you're aware of?
10            THE PLAINTIFF:  No, sir, other than hearing voices.
11            THE COURT:  Other than what?
12            THE PLAINTIFF:  Hearing voices.
13            THE COURT:  Hearing voices?  Okay. All right.  There
14   is a procedural issue that I need to address with you.  I told
15   you that I'm assigned as the magistrate judge and Judge Jordan
16   is assigned as the district judge.  You can consent to
17   magistrate judge jurisdiction.  What that means is you could
18   just agree that I would be the only judge on the case.  Right
19   now you have two, but you can agree for me to just be the only
20   judge.
21            If you were to do that, I would apply the same law
22   that Judge Jordan would.  I would apply the same rules of
23   evidence, same rules of procedure.  And if you disagreed with
24   any decision that I made, then you could appeal my decision to
25   the appellate court just like you could appeal a district
```

```
 1   judge's decision.
 2           THE PLAINTIFF:  Uh-huh.
 3           THE COURT:  Also, Judge Jordan has cases set for trial
 4   every month.  I do not.  I may be able to get to your case a
 5   little bit quicker.  It's totally your decision.  It's not
 6   going to make any difference to me or Judge Jordan whether you
 7   consent to magistrate judge jurisdiction or don't.  But your
 8   case may move a little quicker if you do consent.  Do you want
 9   to consent to magistrate judge jurisdiction?
10           THE PLAINTIFF:  Yes, sir.
11           THE COURT:  All right.  The only way that we can do
12   that is for all parties to consent.  I ask now first of all for
13   defense counsel to identify himself for the record.  You have
14   already done that and the defendants on whose behalf you're
15   appearing.  Do defendants consent to magistrate judge
16   jurisdiction?
17           MR. GRIFFIN:  We also consent, Your Honor.
18           THE COURT:  All right.  We have a written form for
19   that.  If y'all will just sign that where indicated, we will
20   move on from there.
21      (SHORT PAUSE)
22           THE COURT:  All right. Mr. Edget, I know that you
23   have filed this complaint alleging that certain guards at East
24   Mississippi Correctional Facility had raped you.  Why don't you
25   tell me exactly what the date to the best of your knowledge is.
```

```
 1              THE PLAINTIFF:  March 7, 2024.  2014, I mean.
 2              THE COURT:  Tell the court what happened.
 3              THE PLAINTIFF:  They held me down on the floor and
 4   they raped me at 4:30 in the evening time.
 5              THE COURT:  You're saying in the middle of the night
 6   or late in the day?
 7              THE PLAINTIFF:  It was in the day.
 8              THE COURT:  4:30 p.m.?
 9              THE PLAINTIFF:  Yes, sir.
10              THE COURT:  Okay.  And what happened?
11              THE PLAINTIFF:  They held me down and took turns
12   raping me.
13              THE COURT:  They held you down what?
14              THE PLAINTIFF:  On the floor.  On the floor of my
15   cell.  And they raped me.
16              THE COURT:  Okay.  And specifically --
17              THE PLAINTIFF:  Sexual assault.
18              THE COURT:  And specifically what are you saying they
19   did?
20              THE PLAINTIFF:  They held me down and sexually
21   assaulted -- they raped me.
22              THE COURT:  And you've alleged that Sergeant Pulliam,
23   Officer Johnson, Officer Battle and Officer Scott were all
24   involved in that?
25              THE PLAINTIFF:  Yes, sir.
```

```
 1              THE COURT:  Who specifically -- who held you down and
 2   who raped you?
 3              THE PLAINTIFF:  All of them held me down.
 4              THE COURT:  Sir?  I couldn't understand what you said.
 5   Would you repeat that?
 6              THE PLAINTIFF:  All four of them officers did.
 7              THE COURT:  Okay.  Are you saying all four of them
 8   took turns raping you?
 9              THE PLAINTIFF:  Yes, sir.
10              THE COURT:  Okay.  All right.  Is there anything else,
11   any other -- I have got to determine whether you have stated a
12   claim that can go further in this court, so I need you to --
13   this is your opportunity to tell me exactly what happened.  Do
14   you have anything else to tell me as far as what exactly
15   happened?
16              THE PLAINTIFF:  Well, they didn't give me no medical
17   treatment for it when it happened.
18              THE COURT:  All right.  You're saying they didn't give
19   you any medical treatment after it happened?
20              THE PLAINTIFF:  I was in a one-man cell.  I didn't
21   have no witness.
22              THE COURT:  All right.  And how long do you say this
23   lasted?
24              THE PLAINTIFF:  I think it -- I don't know.  It lasted
25   about 30 minutes to an hour, I guess.
```

```
 1              THE COURT:  Okay.
 2              THE PLAINTIFF:  They had it black in there.
 3              THE COURT:  They what?
 4              THE PLAINTIFF:  They had it black in my cell.
 5              THE COURT:  They had it black in your cell?
 6              THE PLAINTIFF:  Yes, sir.
 7              THE COURT: Okay.  All right.  You're suing M.T.C.
 8    Why are you suing M.T.C.?
 9              THE PLAINTIFF:  I was suing M.D.O.C. because they the
10    ones sent me down there.  Whoever the judge was, they sent me a
11    note saying that M.T.C. would be the cause for that.
12              THE COURT:  All right.  And you're suing all of these
13    individual defendants because you're just saying all of them
14    together raped you?
15              THE PLAINTIFF:  Yes, sir.
16              THE COURT:  Okay.  I must advise you that Officer
17    Johnson and Officer Scott have not yet been served with the
18    summons and a copy of the complaint.  Mr. Griffin, do you know
19    who he is referring to on Officer Johnson or Officer Scott?
20              MR. GRIFFIN:  Your Honor, those two employees are no
21    longer employed by M.T.C. and are not at East Mississippi.
22              THE COURT:  Okay.  Can you provide -- the court is
23    ordering that you provide the last known address for each of
24    those, both of those defendants, and the court will attempt
25    process.
```

```
 1              Mr. Edget, what the court will attempt to do is serve
 2   process on those two defendants at their last known address.
 3              THE PLAINTIFF:  Uh-huh.
 4              THE COURT:  But if they can't be found at their last
 5   known address, then the responsibility will fall back to you to
 6   get them served with process.  Do you understand?  Do you
 7   understand?
 8              THE PLAINTIFF:  Yes, sir.
 9              THE COURT:  Okay.  All right.  Mr. Griffin, do you
10   have any questions of the plaintiff?
11              MR. GRIFFIN:  I think I have a couple, Your Honor.
12   BY MR. GRIFFIN:
13   Q   Mr. Edget, when this incident occurred, what started this
14   incident?  How did it start?
15   A   They started playing with my food, and when I went to
16   complaining about that, they just did that and they came in
17   there and showed me that they can do it and get away with it.
18   Q   They were playing with your food?
19   A   Yeah, putting poison on my food.
20   Q   Poison on it?
21   A   Yes, sir.
22   Q   Okay.  And did they just open the door to your cell?
23   A   Yeah, they called the doorman and opened the door.
24   Q   You were in a one-man cell which there's a tray slot for
25   your food to be passed through?
```

1   A   Uh-huh.
2   Q   Is that yes?
3   A   Yeah.
4   Q   Okay. And when they opened the door, what happened?
5   A   They throwed a coat over my head and forced me down to the
6   floor and they raped me.
7   Q   They throwed a coat over your head?
8   A   Yeah. And ain't nothing they done about it yet. They
9   still serving me trays, putting stuff on them. I done lost a
10  hundred pounds in there already. It ain't been but about a
11  year.
12  Q   Okay. And were all four of them there at the same time
13  when the doors opened?
14  A   Huh?
15  Q   Were all four of the officers there when the door was
16  opened?
17  A   Yeah, all four of the officers was there. They were
18  outside.
19  Q   I didn't hear the last part. I'm sorry.
20  A   All four of the officers were there. That's when I saw
21  their face.
22  Q   Okay. And what does Officer Johnson look like?
23  A   He brown-skinned and brown-eyed. He like to wear a bald
24  head. I ain't saw him in a while, though. I ain't saw him in
25  about three months.

1  Q   What about Officer Scott?
2  A   He darked-skinned and wears glasses. About 6-foot. I
3  don't know if he still works there. I ain't seen him working
4  over there in a while.
5  Q   Okay. And when they came in your cell and put the coat
6  over your head --
7  A   What about Sergeant Pulliam? I be seeing him every day.
8  Ain't nobody pressed charges or nothing on him. Ain't picked
9  him up or nothing.
10 Q   Okay. When they put the coat over your head like you said,
11 what did you do at that point?
12 A   I couldn't do nothing. Four of them got my arms and legs.
13 Q   You didn't fight back or anything?
14 A   No, I didn't try to fight back. That's an assault charge.
15 You going to assault an officer? I place charges on him,
16 they --
17 Q   Are you saying that as these officers were raping you, you
18 didn't attempt to fight back or stop that?
19 A   No. I just wanted to press charges on them, show them what
20 it's like in jail. I don't need to be around nobody doing no
21 stuff like that.
22 Q   Okay.
23         MR. GRIFFIN: Your Honor, I don't have any more
24 questions at this time.
25         THE COURT: All right. Mr. Edget, thank you very

```
 1   much.  We've done what we need to do in our hearing today, and
 2   this matter is adjourned other than did the defendant bring any
 3   documents to be produced today?
 4          MR. GRIFFIN:  I did, Your Honor.  I brought the
 5   defendant's preliminary witness and exhibit list as well as
 6   Mr. Edget's drilldown detail and investigation files regarding
 7   this particular incident.
 8          THE COURT:  All right.
 9          MR. GRIFFIN:  As well as ARP files regarding the
10   incident.
11          THE COURT:  All right.  Do you have an extra copy for
12   the court today?
13          MR. GRIFFIN:  I do.
14          THE COURT:  All right.  Let the record reflect that
15   defense counsel is providing those documents to the plaintiff
16   at this time as well as to the court.
17       (DOCUMENTS TENDERED TO COURT)
18          THE PLAINTIFF:  I brought my exhibit list and my --
19          THE COURT:  Witness list?
20          THE PLAINTIFF:  Witness list.
21          THE COURT:  All right.  We will accept that as well at
22   this time.
23          THE PLAINTIFF:  What about the medical form?
24          THE COURT:  What about a medical form?
25          THE PLAINTIFF:  They denied me medical treatment.
```

```
1              THE COURT:  Okay.  And what's your question?
2              THE PLAINTIFF:  I said to put that to go along with
3    it.
4              THE COURT:  All we need today is your witness list and
5    your exhibit list.  And he is providing that at this time.  All
6    right.  Thank you very much, and this matter is adjourned.
7    Thank you, Mr. Edget.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3         I, BRENDA D. WOLVERTON, Official Court Reporter,
 4   United States District Court, Southern District of
 5   Mississippi, do hereby certify that the above and foregoing
 6   pages contain a full, true and correct transcript of the
 7   proceedings had in the aforenamed case at the time and
 8   place indicated, which proceedings were recorded by me to
 9   the best of my skill and ability.
10           I certify that the transcript fees and format
11   comply with those prescribed by the Court and Judicial
12   Conference of the United States.
13           This the 27th day of April, 2015.
14
15                             s/ Brenda D. Wolverton_____
                               BRENDA D. WOLVERTON, RPR-CRR
16
17
18
19
20
21
22
23
24
25
```