

**Management & Training Corporation**

Sharita Dukes, Intelligence Sgt.
10641 Hwy 80 West
Meridian, MS 39307
Direct: 601-485-5255 Ext. 145

# NOTIFICATION

Date:   28 April 2014

To:     Jerry Buscher, Warden
cc:     Michael Rice, Facility Investigator

From:   Sharita Dukes, Intelligence Sergeant

RE:    **PREA ALLEGATIONS: HUDSON EDGET #13856**

On 22 April 2014, Major Derrick Smith received an ARP from offender Hudson Edget #13856, stating that Offender Edget had been sexually assaulted by Sergeant Marian Pulliam, Officer Brandon Scott, Officer Augustine Battle, and Officer Henry Johnson.

Officer Brandon Scott has been terminated due to an unrelated incident before these allegations were presented and could not be reached for an interview or a statement.

An interview was conducted with Officer Henry Johnson on these allegations. Officer Johnson denies any knowledge of the alleged incident and submitted an Unusual Occurrence Report that supports his statement.

An interview was conducted with Sergeant Marian Pulliam concerning Offender Edget's allegations. Sergeant Pulliam also denies any involvement or knowledge of this alleged incident.

Several attempts have been made to speak to Offender Edget about these allegations. Offender Edget refuses to leave his cell. I, Sergeant Sharita Dukes, went to his cell and asked Offender Edget if he wanted to speak to me about the allegations he presented against these staff members, he denied any knowledge of writing an ARP on these allegations.

Due to Offender Hudson Edget's denial of writing an ARP for these allegations and his lack of cooperation and based upon staff interviews, Offender Edget's allegations have been found to be **UNSUBSTANTIATED.**



EXHIBIT B

## East Mississippi Correctional Facility

### Unusual Occurrence Report

**Staff Involved:** Sgt Pulliam

**Inmates Involved:**

**Brief Description of Unusual Occurrence:** I Sgt Pulliam don't know anything about that and by the way that type of behavior never happing that offender is lieing on staff that offender never come out for Shower, Rec and nothing else

**Immediate Action Taken:** UOR written

Sgt Pulliam
Person Completing Report

Date: 4-28-2014

Time: 2300

_____
Shift Supervisor or Department Manager    Date    Time

**Warden's Review:**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| C/O JOHNSON | HUDSON EDGET MDOC# 13856 |

**Brief Description of Unusual Occurrence:**
ON 3-7-14, I, C/O JOHNSON HAVE NO IDEA OR HAVE NO KNOWEDGE OF WHAT OFFENDER HUDSON EDGET IS TALKING ABOUT ON 3-7-14 C/O JOHNSON WAS PRESENT ON THAT DATE BUT WAS NOT BY HIS CELL.

**Immediate Action Taken:**
UOR WRITTERN

| C/O Y.L. Johnson | 4-28-14 | 1350 |
|---|---|---|
| Person Completing Report | Date | Time |
| | | |
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | |
|---|---|
| Warden's Signature | Date |

CC: MAJOR SMITH – COMPLETED COPY

C:\Users\markeshia.wells\Desktop\UOR.doc

Revision No: 2   Issue Date: 8/2012

## Incident of Unsubstantiated PREA Allegation

| # | Question | Answer |
|---|---|---|
| 1 | On what date did the incident occur? | Month: 3, Day: 7, Year: 14 |
| 2 | In what facility did the incident occur? | Name: EMCF, City/Place: Meridian, MS |
| 3 | Where did the incident occur? | Victim cell/room ☒ |
| 4 | What time did the incident occur? | Afternoon (noon to 6pm) ☒ |
| 5 | How many victims were involved in the incident? | 1 |
| 6 | Victim #1: What was the victim's gender? | Male ☒ |
| 7 | Victim #1: What was the victim's age at the time of the incident? | 30 - 34 ☒ |
| 8 | Victim #1: What was the victim's race/ethnic origin? | Black ☒ |
| 9 | Victim #2: What was the victim's gender? | Male ☒ |
| 10 | Victim #2: What was the victim's age at the time of the incident? | (blank) |
| 11 | Victim #2: What was the victim's race/ethnic origin? | (blank) |
| 12 | Did the victim sustain any physical injury during the incident? (Answer a & b if 'Yes') | (blank) |
| 12a | What injuries occurred? | Other: NONE ☒ |

1 of 4

## Incident of Unsubstantiated PREA Allegation

| # | Question | Options |
|---|---|---|
| 12b | Did the victim(s) receive medical treatment for these injuries? | Yes [ ]  No [X] |
| 13 | Who reported the incident? | Victim [X], Another inmate, Family of victim, CO or line staff, Admin staff, Healthcare staff, Instructor, Counselor, Chaplain, Other |
| 14 | After the incident was reported was the victim(s) - mark all that apply for all victims | Given medical exam, Rape kit, HIV/AIDS tested, STD tested, Counseling or Mental Health, None [X], No victim (voluntary) |
| 15 | After the incident was reported, was the victim(s) - mark all that apply for all victims | Placed in ad seg/PC, Placed in medical, Confined to own cell/room, Given higher custody level, Transfer to another facility, Other, None of these [X], No victim (voluntary) |
| 16 | What type of sexual violence was involved in the incident? | Inmate-on-inmate nonconsensual sexual act (*section A), Inmate-on-inmate abusive sexual contact (*section A), Voluntary sexual contact between adults (*section A), Staff sexual miscond. [X] (*section B), Staff sexual harass. (*section B) |

### SECTION A

| # | Question | Answer |
|---|---|---|
| 17 | How many perpetrators were involved in the incident? | [illegible] — -> If more than two perpetrators were involved, report these characteristics in Notes |
| 18 | Perpetrator #1: What was the perpetrator's gender? | Male [ ]  Female [ ] |
| 19 | Perpetrator #1: What was the perpetrator's age at the time of the incident? | Under age 18, 18-24, 25-29, 30-34, 35-39, 40-44, 45 or older |
| 20 | Perpetrator #1: What was the perpetrator's race/ethnic origin? | White, Black, Hispanic or Latino, American Indian, Asian, Hawaiian or Islander, Other |
| 21 | Perpetrator #2: What was the perpetrator's gender? | Male, Female |
| 22 | Perpetrator #2: What was the perpetrator's age at the time of the incident? | Under age 18, 18-24, 25-29, 30-34, 35-39, 40-44, 45 or older |

2 of 4

# Incident of Unsubstantiated PREA Allegation

| # | Question | Options |
|---|---|---|
| 23 | Perpetrator #1: What was the perpetrator's race/ethnic origin? | White / Black / Hispanic or Latino / American Indian / Asian / Hawaiian or Islander / Other |
| 24 | What was the nature of the incident? (Mark all that apply) | Voluntary sexual contact between adults / Unwanted touching for sexual gratification / Pressure w/o force resulting in nonconsen sexual contact / Physical force resulting in nonconsensual sexual act / Other |
| 25 | What type of pressure or physical force was used by the perpetrator on the victim? | Persuasion into sexual activity / Bribery or blackmail / Gave victim drugs or alcohol / Offered protection from other inmates / Threated with physical harm / Physically harmed or injured / Threaten with weapon / Other |
| 26 | What sanction was imposed on the perpetrator(s) | Placed in restrictive housing / Confined to own cell / Given higher custody level / Transfer to another facility / Loss of good/gain time or Increase bad time / Given extra work / Loss of privileges / Arrested / Referred for prosecution / Given new sentence |

## SECTION B

| # | Question | Options |
|---|---|---|
| 27 | What was the nature of the incident? | Physical force -> nonconsensual sexual act / Pressure or abuse of power -> nonconsensual sexual act / Indecent exposure, invasion of privacy, or voyeurism / Unwanted touching for sexual gratification / Sexual harassment or repeated verbal statements of sexual nature / Sexual relationshp btwn inmate and staff that appeared to be willing / Other / Level of coercion unknown |
| 28 | How many staff were involved in the incident? | Number of staff -> If more than two staff were involved, report these characteristics in Notes |
| 29 | Staff #1: What was the gender of the staff? | Male / Female |
| 30 | Staff #1: What was the age of the staff at the time of the incident? | Under age 18 / 18 - 24 / 25 - 29 / 30 - 34 / 35 - 39 / 40 - 44 / 45 or older |
| 31 | Staff #1: What was the race/ethnic origin of the staff involved in the incident? | White / Black / Hispanic or Latino / American Indian / Asian / Hawaiian or Islander / Other |
| 32 | Staff #1: What was the gender of the staff? | Male / Female |

## Incident of Unsubstantiated PREA Allegation

**33. Staff #1: What was the age of the staff at the time of the incident?**

| Under age 18 | 18 - 24 | 25 - 29 | 30 - 34 | 35 - 39 | 40 - 44 | 45 or older |
|---|---|---|---|---|---|---|
| | | | | | | |

**34. Staff #1: What was the race/ethnic origin of the staff involved in the incident?**

| White | Black | Hispanic or Latino | American Indian | Asian | Hawaiian or Islander | Other |
|---|---|---|---|---|---|---|
| | | | | | | |

**35. Was the staff involved in the incident an employee of the facility, a contractor, or a volunteer?**

| Full or part-time paid employee | Contract employee or vendor | Volunteer or intern | Other (Specify) |
|---|---|---|---|
| | | | |

**36. What was the primary position description of the staff involved in the incident?**

| Administrator (wardens, deputies, assistants) | CO or supervision staff | Clerical (secretary, clerks, support) | Maintenance, cooks, drivers | Health care staff | Education staff | Other program staff | Other staff |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**37. What sanction was imposed on the staff? (Mark all that apply)**

| Reprimanded or disciplined | Demoted or diminished responsibilities | Transferred to another facility | Arrested | Referred for prosecution | Discharged | Staff resigned prior to investigation completion | Staff resigned after investigation was completed | Other |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |