ODCCR/NCD0EPl595

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Report

October 10, 2014

**Facility:** EAST MISS. CCF

**Begin Date:** 08/19/2009

**End Date:** 10/10/2014

**Inmate:** EDGET, HUDSON LYNN
**ID:** 13856
**SID:**
**FBI ID:** 750282WA1
**SSN:**

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2009/09/25 | 00:00 | Extraordinary Occurrence | CMCF / Zone G | On the above date and approx. time 1757 hrs. Officer Willie Anderson call 100 control Officer venessa Joseph to call a 10/17 altercation it should have been call 10/17 medical. on section 4 . Officer Willie Anderson reported at 1755 hrs. she observed Offender Lynn Hudson Edget #13856 with a white sheet tied around his neck when he was getting his dinner tray . He attempted to tie the sheet around the tier.Offender Christopher Sheriff #103944 the floor walker stop Offender Edget #13956 from the attempt jump . At approx.1759 hrs. Officer Jimmy Solomon enter section 4 went up to cell 265 and escorted Offender Edget #13856 out the Zone .At approx. 1803 hrs. Lt. Brown entered section 4 went to Offender#Edget cell 265 and search his room.Lt. Brown came back down with the sheet he had attempted to use to hang his self with. Lt. Brown informed Ofc. Anderson to call 720 clinic to inform them what was going on with Offender Edget #13856.Ofc. Anderson spoke with Nurse Wilson and she inform Ofc. Anderson to bring the Offender over to 720 clinic to be check out. |



| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2010/01/30 | 21:10 | C8 - Assaultive action against any person resulting in serious physical injury | East Miss. CCF / East Miss. CCF | ASSAULTING ANOTHER OFFENDER |
| 2010/04/13 | 12:15 | B8 - Physical action against another person where no physical injury has occurred, including horseplay | East Miss. CCF / East Miss. CCF | PHYSICAL ACTION AGAINST ANOTHER PERSON WHERE NO PHYSICLA INJURY HAS OCCURRED BY RUBBING THIS WRITER ON THE BUTTOCKS |
| 2010/05/27 | 23:18 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On May 27, 2010, at approximately 1745 hours, Officer Aaron Warren was assisting with Nurse Romanda Thurman with giving Offender Hudson Edget # 13856 an shot. Once Nurse R. Thurman administered Offender Hudson Edget # 13856 with th shot the Offender reached and grabbed Nurse R. Thurman on her backside. Officer Aaron Warren immediately placed the Offender on the wall at what time Offender Hudson Edget # 13856 became combative which led to Officer Aaron Warren placing the offender on the floor. Offender Hudson Edget #13856 was placed in hand restraints were he gained control of his combative behavior, the medical department examined the Offender with no injuries noted. Offender Hudson Edget #13856 was then escorted to segregation with no further incident the Offender was issued a Rule Violation Report and a Detention Notice. |
| 2010/11/30 | 13:15 | B16 - Disruptive behavior or disorderly conduct which threatens the orderly running of the facility | East Miss. CCF / East Miss. CCF | TOUCHING THE CASE MANAGER MS. MOSS ON THE BUTTOCKS |
| 2011/01/11 | 16:20 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On January 11, 2011 at approximately 1331 hours Nurse Brenda Horn entered the exam rooms were Dr Pilkinton was conducting a interview with offender Edget Hudson #13856, Nurse Horn entered the exam room to give Dr Pilkinton a Medical Chart. As Nurse |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| | | | | Horn exited the room offender Edget Hudson #13856 reached out with his right hand and grabbed Nurse Brenda Horn on the left check of her buttocks. Nurse Horn immediately contacted security staff, Captain V Rivera and Sergeant W Ruffin, placed the offender in hand restraints and escorted offender Edget Hudson #13856 to the intake area. Offender Edget Hudson #13856 will be issued a rule violation report for his actions. He will be placed in administrative segregation pending disciplinary action All Staff and Offenders involved were seen by EMCF medical department, there were no injuries reported. All video footage will be forwarded to the MIS officer for Filing and storage. Warden Kenneth Reagans, Major Brett Mize, and the Assistant Eastern Regional Director of Operations Mr. George Wigen were all notified of the incident. |
| 2011/06/02 | 03:30 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On June 2, 2011 at approximately 0330 hours Officer Jason Hagerman was conducting security checks on housing unit 4-c-pod, when offender Edget Hudson#13856 asked the officer to answer a question as officer Hagerman came closer, Offender Egdet Hudson reached in his pants with his left hand as to retrieve some thing. As officer Hagerman stepped back Offender Edget Hudson#13856 reached out with his right hand and struck officer Hagerman with a closed fist. Officer Hagerman immediately called for support and exited C-Pod. Upon arrival of support staff Officer Lee and Officer Green along with officer Hagerman placed the offend Edget Hudson#13856 in restraints and escorted him to the EMCF Medical department were a pre segregation exam was completed. Offender Edget Hudson#13856 was then stripped searched as officer Green searched the offender's shoes a package of |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| | | | | green leafy substance was recovered from the offender's right shoe. That is thought to be (Marijuana). Offender Edget Hudson#13856 will receive a rule violation report for his actions. And be placed in administrative segregation pending disciplinary action. |
| 2011/12/26 | 17:50 | C8 - Assaultive action against any person resulting in serious physical injury | East Miss. CCF / East Miss. CCF | RVR #11-3765 Rule C8 Assaultive action against any person resulting in serious physical injury by throwing urine and spitting on staff |
| 2011/12/26 | 17:50 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On December 26, 2011 at approximately 1750 hours a spontaneous use of force occurred on housing unit six D-pod. Officers J. jones and J. Barry had just escorted offender Hudson Edget#13856 from the shower to his cell. After the officers removed the offenders hand restraints offender Edget threw a liqui substance from the toilet onto the officers. The offender then dipped his hand into the toilet to throw another cup on staff. At this time officer Barry administered a one second burst of chemical agent ir the offenders direction. As the staff were backing away the offender then spit on Officer Jones. The offender was then ordered submit to hand restraints and the offender complied. The offender we decontaminated in the shower and then escorted to medical where he was examined and while there received his monthly medication for his mental disorder which was due. Staff involved were also examined by medical staff with no injuries noted. The offender was returned to his cell and all appropriate documentation was completed. |
| 2011/12/27 | 10:00 | B23 - Negligent or deliberate destruction, alteration or defacing of state, personal, or community property valued less than $100 | East Miss. CCF / East Miss. CCF | RVR #11-3767 Rule B23 Negligent or deliberate destruction, alteration or defacing or state, personal, or community property valued less than $100 by destroying an RVR |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2012/04/28 | 13:18 | B18 - Refusing or failing to submit to a drug urinalysis test | East Miss. CCF / East Miss. CCF | RVR 15030 Rule B18 Refusing or failing to submit to a drug urinalysis by refusing to take a drug test |
| 2012/05/17 | 10:40 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 15567 Rule B25 Inappropriate sexual behavior with another person or indecent exposure (masturbation) by standing in the doorway masturbating |
| 2012/09/17 | 15:17 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 20180 Rule B25 Inappropriate sexual contact with another person or indecent exposure (masturbation) by masturbating by his cell bed |
| 2012/09/23 | 03:47 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 20197 Rule B25 Inappropriate sexual behavior with another person or indecent exposure (masturbation) by masturbating in his cell |
| 2012/11/10 | 16:02 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 16068 Rule B25 Inappropriate sexual behavior with another person or indecent exposure (masturbation) by masturbating in recreation yard |
| 2012/11/13 | 09:05 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 16067 Rule B25 Inappropriate sexual behavior with another person or indecent exposure (masturbation) by masturbating in the HU-3 C&D recreation yard |
| 2012/11/23 | 14:40 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 16400 Rule B25 Inappropriate sexual behavior with another person or indecent exposure (masturbation) by masturbating in HU-3 C-pod recreation yard |
| 2012/12/18 | 07:00 | B21 - Refusing or failing to comply | East Miss. CCF / East Miss. CCF | B21 Refusing or failing to comply with instituitonal count or lockup procedures by not complying with certified count |
| 2012/12/18 | 10:38 | C7 - Possession of major contraband | East Miss. CCF / East Miss. CCF | C7 Possession of major contraband to include but no limit to escape paraphernalia |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2012/12/24 | 07:18 | B21 - Refusing or failing to comply | East Miss. CCF / East Miss. CCF | Refusing or failing to comply with institutional count or lockup procedures by not complying with certified count. |
| 2013/01/08 | 17:34 | B20 - Engaging in extoration or blackmail, bribery, loan sharking, collection or incurring debt | East Miss. CCF / East Miss. CCF | RVR 01287742 B20 Engaging in extorting, collectin o incuring debt by engaging in extortion collecting or incuring debt. |
| 2013/01/15 | 07:15 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | Inappropriate sexual behavior with another person or indecent exposure by masturbating. |
| 2013/01/15 | 15:30 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | Inappropriate sexual behavior with another person or indecent exposure by masturbating. |
| 2013/02/28 | 22:30 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | B25 INAPPROPRIATE SEXUAL BEHAVIOR WITH ANOTHER PERSON OR INCEDENT EXPOSURE (MASTURBATION) BY TOUCHING THE MENTAL HEALTH COUNSELOR ON THE BUTTOCKS. |
| 2013/02/28 | 22:20 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On February 28, 2013 at approx. 2220 hours Offende Hudson Edget #13856 was in the EMCF Medical Department to speak with Mental Health Counselor J Luckett. While in the hallway speaking with the MHC, Edget touched her on the buttocks all mental health services ceased and Shift Supervisor Captain Bryant was notified. Edget was pre-seg and placed on Housing Unit 6D pending a Disciplinary Hearing. Offender Edget received a RVR for his actions. Warden Rice (Duty Warden) was notified by phone. Warden Shaw, Warden Ovalle and Major Smith were notified by email. EMCF-EOR-13-0120 |
| 2013/03/05 | 18:20 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | B25 INAPPROPRIATE SEXUAL BEHAVIOR WITH ANOTHER PERSON OR INDECENT EXPOSURE (MASTURBATION) BY MASTURBATING AT THE |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2013/03/20 | 13:00 | B13 - Abusive, disrespectful, vulgar, obscene or threatening language, gestures or actions directed toward or about any person | East Miss. CCF / East Miss. CCF | DOOR OF HIS CELL. B13 ABUSIVE, DISRESPECTFUL, VULGAR, OBSCENE OR THREATENING LANGUAGE, GESTURES OR ACTIONS DIRECTED TOWARD OR ABOUT ANY PERSON GRABBING NURSE BETWEEN LEGS. |
| 2013/03/20 | 13:10 | B14 - Lying to an employee | East Miss. CCF / East Miss. CCF | B13 ABUSIVE, DIRESPECTFUL, VULGAR, OBSCENE OR THREATENING LANGUAGE, GESTURES OR ACTIONS DIRECTED TOWARD OR ABOUT ANY PERSON TOUCHING THE RIGHT SID OF STAFF MEMBER'S BUTT. |
| 2013/03/20 | 13:00 | Extraordinary Occurrence | East Miss. CCF / EMCF Medical | On March 20, 2013 at approximately 1315 hours offender Edget Hudson #13856 was called to medica for his monthly injection (shot) from unit 1 D. As Nurse Curry was attempting to give offender Hudson #13856 he reach and grabbed her in between her leg touching her vagina. I Lieutenant Thomas was then called to medical where before I made it offender Hudson #13856 touched another medical staff member on the butt. Nurse Ashmore as she was passing by the offender while he was being detained by the officer in medical Officer April Taylor until I Lieutenant Thomas arrived to assist her. Offender Edget Hudson #13856 was then placed in mechanica hand restraints and escorted to the Administrative Segregation Unit, 6 Delta, cell 210. Pending disciplinary action for his assaultive behavior. |
| 2013/06/01 | 00:02 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | B25 INAPPROPRIATE SEXUAL BEHAVIOR WITH ANOTHER PERSON OR INDECENT EXPOSURE (MASTURBATION) BY MASTURBATING. |
| 2013/06/18 | 13:50 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 01409284  B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation)  Offender was standing in his cell door |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2013/07/09 | 02:00 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 01395311 B25 Inappropriate sexual behavior. Offender was standing at his cell door masturbating while this writer was completing Mental Health Rounds. masturbating. |
| 2013/07/24 | 10:15 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On 7/24/2013 at approximately 10:15 hours Ms. K. Butler was exiting off of housing one double doors an noticed offender Hudson Edget#13856 was walking back up to housing unit one. As she passed the offender in the hall-way he came all the way over to her side of the hall and grabbed her breast and her butt. By Ms. Butler not having access to and radio she ran inside of in-take saw Lt. Wilson and told him what had just happen in the hall-way. Lt. Wilson notified I Lt. Wooten over the radio and ask if I can come see him 10/18. As the situation was being explained officer J. Thompson used verbal interventic placed the offender in hand restraints without any force and the offender was taken to medical for a boc sheet which was done by nurse Inge and the offender was also seen by mental health M. Moss. Offender Edget was then escorted to housing unit six delta cell 204 with no further incident |
| 2013/08/18 | 12:00 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR 01409350 B25 Inappropriate sexual behavior Offender was masturbating through his tray slot as officers were conducting feeding. |