

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
MARSHALL L. FISHER
COMMISSIONER

Gloria Perry, M.D.
**Chief Medical Officer**

**Office of Medical Compliance**
601.359.5155 (o)
601.359.5165 (f)

### CERTIFICATE OF AUTHENTICITY OF MEDICAL RECORDS
### AND AFFIDAVIT OF RECORDS CUSTODIAN

I, _Hope Davis_ , the duly authorized records custodian of the M.D.O.C.
Medical Records Department at _CMC_ , do hereby certify upon
personal knowledge that this is a true, correct, genuine, and authentic copy of the entire medical
record contained in the aforesaid facility on the following inmate:

_Hudson Edget_                              _# 13856_
(Inmate Name)                               (MDOC Number)

_Hope Davis_
Medical Records Supervisor

Appeared before me, the undersigned _Linda Carolyn Lewis_ , stated upon his/her oath
that the averments contained above are true and correct to the best of his/her knowledge,
information and belief.

**SWORN TO AND SUBSCRIBED BEFORE ME, this the** _15th_ **day of** _April_ ,
**2015.**

_Linda Carolyn Lewis_
NOTARY PUBLIC

My commission expires: _March 29, 2019_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 32323
LINDA CAROLYN LEWIS
Commission Expires
March 29, 2019
RANKIN COUNTY

633 NORTH STATE STREET • JACKSON, MISSISSIPPI 39202
PHONE: (601) 359-5162 • FAX: (601) 359-5165

MTC 0001

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
Housing Loc: EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/13/2015 - Mental Health: Psychiatric Visit**
**Provider:** Evelyn Dunn, PMHNP-BC
**Location of Care:** East Mississippi Correctional Facility

<u>Chief Complaint:</u> Reports he is doing alright. Reports compliance with medications. On Haldol, Benadryl, and Artane. Denies mood/thought disturbances at interview.

<u>MSE:</u> 35 y/o AAM. Speech normal rate/tone/rhythm. Pleasant/cooperative for interview. Mood "alright.." Affect - euthymic. Denies suicidal/homicidal thoughts at interview. Denies hallucinations, delusions, or paranoia at interview. Thoughts organized and coherent. Denies disturbances to sleep/appetite. Denies sxs of depression - denies sxs of mania/hypomania - denies sxs of anxiety. Insight/judgement- fair.

Discussed medications - Artane is now non-formulary - will D/C Artane - will continue Benadryl and add Amantadine - hx of mild to moderate tremors - on Haldol.

<u>Orders</u>
1. D/C Artane.
2. Amantadine 100 mg by mouth bid x 180 days.
3. Increase Benadryl 75 mg by mouth every pm x 180 days.
4. Continue Haldol 10 mg by mouth bid x 180 days.
5. RTC in 3 months/sooner as needed.

Electronically Signed by Evelyn Dunn, PMHNP-BC on 04/14/2015 at 12:58 AM
Electronically Signed by Lisa Ruffin-Stevenson, RN on 04/14/2015 at 6:19 AM

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/09/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU5-B by this provider on 4/8/2015 starting at 1955 hrs. Officer Battle escorted. The offender voiced no mental health concerns, SI/HI, A/V/T hallucinations to the provider. He was cooperative with no observable s/s of agitation/distress and will continue to be monitored by Mental Health Staff for his psychiatric and clinical needs while on his Housing Unit.**

**Electronically Signed by Yolanda Green, MHC on 04/09/2015 at 6:55 PM**

MTC 0003

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~~~~~~  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/03/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU 5-B starting at 1800 hrs with Sgt. Grady and CO Jones present. The offender was calm and cooperative and he voiced no mental health concerns to this provider and he denied SI/HI and A/V/T hallucinations. No s/s of agitation or distress noted at the time. Will continue to monitor the offender for his psychiatric and clinical needs by mental health staff.**

**Electronically Signed by Yolanda Green, MHC on 04/03/2015 at 8:02 PM**

**Mississippi Department of Corrections**
633 North State Street  Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ▓▓▓▓▓  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/03/2015 - Lab Report**
**Provider: Default Provider**
**Location of Care: Mississippi Department of Corrections**

```
Patient: HUDSON LYNN EDGET
ID: Offendertrak 13856
Note: All result statuses are Final unless otherwise noted.

Tests: (1)  ()
    Level of Care              E (R)
    Medical Class              1 (R)
    Security Class             CLOSE (R)
    Housing Restriction        A (R)
    Facility Restriction       A (R)
    Floor Restriction          A (R)
    Bunk Restriction           A (R)
    Work Program               N (R)
    Housing Location           "Result Below..."
        RESULT: EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L  (R)
    HR PRED                    On/MAX CONF & SPP (R)
    SP                         "Result Below..."
        RESULT: On/PLACE ON SUICIDE PRECAUTIONS  (R)
    SP                         "Result Below..."
        RESULT: On/PER ORDERS DR. SANDUI, OFFENDER EDGET, HUDSON #13856 PLACED ON
SUICIDE PRECAUTION  (R)
    ! TB OFFENTRAK             "Result Below..."
        RESULT: On/CMCF ONLY REFUSED TBST  (R)

Note: An exclamation mark (!) indicates a result that was not dispersed into the
flowsheet.
Document Creation Date: 04/03/2015 12:24 PM
```

```
(1) Order result status: Final
Collection or observation date-time:
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician:
Specimen Source:
Source: Offendertrak
Filler Order Number:
Lab site:


------------------

The following results differed from their previous value:

   MLI-81756    Old Value: On/PLACE ON SUICIDE PRECAUTIONS    New Value: On/PER ORDERS
DR. SANDUI, OFFENDER EDGET, HUDSON #13856 PLACED ON SUICIDE PRECAUTION

------------------

The following results were not dispersed to the flowsheet:
```

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 2
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

```
MLI-198925, On/CMCF ONLY REFUSED TBST, (R)
```

**Filed automatically (without signature) on 04/03/2015 at 12:24 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~_____~~ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/31/2015 - Medication Administration Record: MARCH  31**
**Provider:** Michael Reddix, MD
**Location of Care:** East Mississippi Correctional Facility
**This document contains external references**

**MARCH  31**

*Imported By: Robert Hopson, DMR 4/14/2015 9:56:51 AM*

```
External Attachments:

  1. Type: Image
        Comment:   External  Document
  2. Type: Image
        Comment:   External  Document
  3. Type: Image
        Comment:   External  Document
```

**Signed before import by Michael Reddix, MD**
**Filed automatically on 04/14/2015 at 10:00 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/25/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU5-B on today by this provider beginning at 1945 hrs. CO Hopkins was present. The offender did not voice any SI/HI, A/V/T hallucinations or any mental health concerns to the provider. No observable s/s of agitation and or distress noted by the provider. He will continue to be monitored for his psychiatric and clinical needs by Mental Health staff.**

**Electronically Signed by Yolanda Green, MHC on 03/25/2015 at 9:14 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▪▪▪▪▪▪▪ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/20/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU5-B on today's date by this beginning at 1750 hrs.**
**Sgt. Grady was present. The offender voiced no SI/HI, A/V/T hallucinations or mental health**
**concerns to the provider. No observable s/s of agitation and or distress noted by the provider.**
**He will continue to be monitored for his psychiatric and clinical needs while on his Housing**
**Unit.**

**Electronically Signed by Yolanda Green, MHC on 03/20/2015 at 8:29 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/28/2015 - Medication Administration Record: FEB 2015**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**FEB 2015**

*Imported By: Shaquinta Lee 3/19/2015 3:47:44 AM*

External Attachments:

    1. Type: Image
         Comment:   External Document
    2. Type: Image
         Comment:   External Document
    3. Type: Image
         Comment:   External Document

**Signed before import by Michael Reddix, MD**
**Filed automatically on 03/19/2015 at 3:50 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮▮   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/13/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU5-B by this provider on 2/13/2015 starting at 1955 hrs. Sgt. Deloach was present and escorted. The offender voiced no mental health concerns, SI/HI, A/V/T hallucinations at the time to the provider. The offender was cooperative, calm and alert and displayed no observable s/s of agitation/distress. The offender will continue to be monitored for his psychiatric and clinical needs.**

**Electronically Signed by Yolanda Green, MHC on 02/13/2015 at 9:04 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▉▉▉▉▉ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/10/2015 - Mental Health: Rounds**
**Provider:** Yolanda Green, MHC
**Location of Care:** East Mississippi Correctional Facility

Mental Health Rounds were conducted on HU 5-B by this provider on 2/7/2015 starting at 2143 hrs with Officer Battle escorted. The offender reported no mental health concerns and he denied SI/HI and A/V/T hallucinations. No s/s of agitation and or distress noted and Mental Health Staff will continue to monitor him for his psychiatric and clinical needs on his housing unit.

Electronically Signed by Yolanda Green, MHC on 02/10/2015 at 5:06 PM

MTC 0012

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ~~█████~~    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/27/2015 - Mental Health: Treatment Plan**
**Provider: Marshall Powe LCSW**
**Location of Care: East Mississippi Correctional Facility**

## Mental Health Treatment Plan

**Care Plan formulated by:** Treatment Team
**Date Care Plan Formulated:** 01/27/2015

## Assessment

**Updated Problems:**
NICOTINE DEPENDENCE (AXIS I) (DS4-305.10)
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90)

**Axis IV:** MDOC
**Axis V (GAF):** 50

## Master Problem List and Objectives

### Problems:

**Other:** Inmate is medication compliant, he is clean, nd denies hearing any voices.  He has poor socialization skills and poor judgement, he believes that love is displayed when he gropes and feel on the female security staff.
**Other:** He justifies the inappropriateness as  "they got too close to me."

### Objectives/Goals:

**Objectives/Goals:** Develop or improve coping skills, Increase adaptation to correctional environment, Improve social skills
**Other:** 08/13/2034 tentative discharge date.  Inmate need to be escorted only by male officers, inmate should only receive treatment from all male staff, he is too assaultive to be near female staff.

## Interventions and Modalities:

**Physician**
   Monitor frequency, medication, progress toward treatment goals
   Frequency: Every 30, 60, or 90 days
   Person Responsible: MD

**Nurse**
   Monitor frequency, medication, progress toward treatment goals
   Frequency: PRN for med distribution
   Person Responsible: RN/LPN

**Mental Health/Psychological Services**
   Crisis Intervention, Individual therapy, Group therapy
   Frequency: PRN by SCR, Weekly, Monthly
   Person Responsible: Psychological Specialist

## Patient Responsibilities:

Take medication as ordered, Keep appointments as scheduled, Complete Sick Call Requests if needed

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
35 Years Old  Male  DOB: ██████████   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/27/2015 - Mental Health: Quarterly Treatment Team Review**
**Provider:** Lasheka Warren, MHC
**Location of Care: East Mississippi Correctional Facility**

**Med Class:**
1
**Medications:**
TRIHEXYPHENIDYL HCL 5 MG TABS (TRIHEXYPHENIDYL HCL) TAKE ONE TAB by mouth BID
HALOPERIDOL 5 MG TABS (HALOPERIDOL) TAKE 2 TABS by mouth BID
CALCIUM ANTACID 500 MG  CHEW (CALCIUM CARBONATE ANTACID) Take 2 tablets by mouth 3 times daily
DIPHENHYDRAMINE HCL 50 MG CAPS (DIPHENHYDRAMINE HCL) TAKE ONE CAP by mouth EVERY PM

**Medical Issues:** Offender reports that he is compliant with taking his psychotropic medication. Offender reports he had previous treatment prior to his incarceration.
**Psychiatrist / Mental Health Issues:** Offender denies experiencing any symptoms of psychosis at this time.
**RVR's / Disciplinary Review:** No noted RVR's in the last 90 days. Offender has an EOR report involving a spontaneous use of force for refusing to get TB skin test. Offender was counseled on his behavior regarding inappropriate touching; has a history of sexual assaulting female staff members. Offender tries to rationalize this behavior but is redirected on appropriate and inappropriate behaviors. Offender continues to exhibit poor judgement.
**Education / Therapy Assignments:** Offender completed 8th grade and holds no diploma or GED. Offender is not participating in any groups at this time. Offender is not court ordered to attend any programs
**Job Assignments:** No job assignment at this time.
**Family Support / Estimated Date of Release:** Offender has no family support. 08/13/2034 is this offenders release date.
**Issues Raised by the Inmate:** Offender's only concern was about his release from long term segregation. Offender was informed b his case manager that he was denied.
**Treatment Team Referrals / Plan Recommendations:** Offender will continue to be monitored for psychiatric needs. Cognitive restructuring is also recommended for treatment.


**Electronically Signed by Lasheka Warren, MHC on 01/27/2015 at 10:59 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▉▉▉▉  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/23/2015 - Mental Health: Psychiatric Visit**
**Provider:** Evelyn Dunn, PMHNP-BC
**Location of Care:** East Mississippi Correctional Facility

**Chief Complaint:** Reports he completed a sick call for "got a cold..." He later asks "they got any room in camp support...." He is informed that he is on long-term segregation and can not be housed in camp support.

**MSE:** 35 y/o AAM. Speech mildly loose. Pleasant/cooperative for interview. Mood "alright..." Affect - restricted. Denies suicidal/homicidal thoughts at interview. Denies hallucinations or delusions at interview -however somewhat guarded and appears somewhat internally preoccupied at interview. Thoughts mildly loose - he talks of "got a cold....ya'll got a bed in camp support.." Denies disturbances to sleep/appetite. Denies sxs of depression - denies sxs of anxiety - denies sxs of mania/hypomania. Insight/judgement- fair.

**Discussed medications** - will continue Haldol, Artane, and Benadryl - he is on oral Haldol - he reports compliant with medications - hx of requiring long-acting decanoate injections due to had severely decompensated and noncompliant with oral medications. Mild tremors to upper exts at interview.

**Orders**
1. Continue Haldol 10 mg by mouth bid X 180 days.
2. Continue Artane 5 mg by mouth bid X 180 days.
3. Continue Benadryl 50 mg by mouth every pm X 180 days.
4. RTC in 3 months/sooner as needed.

Electronically Signed by Evelyn Dunn, PMHNP-BC on 01/27/2015 at 4:00 PM

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/21/2015 - Inmate Injury**
**Provider:** Cari Duff, RN
**Location of Care: East Mississippi Correctional Facility**

**Inmate Injury Reporting Form**
**Date of Injury:** 1/20/15
**Time of Injury:** 1345
**Part of body affected:** none
**Other:** use of force, chemical. no injuuries. too hostile and upset to obtain vs. witness by capt. thomas
**Vital Signs**
**Height:** 71

**Electronically Signed by Cari Duff, RN on 01/21/2015 at 9:19 AM**

MTC 0016

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL**: 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/20/2015 - TB Screen and Result Annual**
**Provider: Cari Duff, RN**
**Location of Care: East Mississippi Correctional Facility**
**Status: ON HOLD DOCUMENT.  Contents are preliminary**

**Annual TB Screening and Results**
**1st Step Results:** Negative
**mm of induration:** 00
**Date Read:** 09/02/2009
**2nd Step Results:** Negative
**mm of induration:** 00
**Date Read:** 09/18/2009

**Administer Annual PPD**
**Administered:** Yes
**Site:** R Forearm
**Lot #:** C4515AA
**Expiration Date:** 07/08/2016
 C. DUFF, RN
**Date:** 01/20/2015

**Annual PPD Results**
**Result:** Negative
**mm of induration:** 00
**Annual PPD Result Read By:** C. DUFF, RN
**Date:** 01/22/2015

MTC  0017

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▉▉▉▉▉▉  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/20/2015 - Mental Health: MH Intervention/Use of Force**
**Provider: Jorge Anglin, MSCE**
**Location of Care: East Mississippi Correctional Facility**

On 01/20/2015, at approximately 1:40 pm MHC J. Anglin, assisted Captain Thomas, and Lt. Ruffin on housing unit 5B-116L with offender #13856 Edget Hudson. Offender was refusing to comply with medical staff for required TB skin test. Offender #13856 was asked did he have any mental health issues and or concerns? He replied no! He was then given verbal prompts and requests to comply and allow security to escort him out of assigned cell of which he refused prior to chemical agent being administered. Offender #13856 was assessed by this writer after he was escorted out of cell on housing unit 5 & 6. Offender #13856 denied having any Auditory/Visual/Tactile, Suicidal/Homicidal, mood disturbance; and reported being compliant with psychotropic medications.

**Electronically Signed by Jorge Anglin, MSCE on 01/21/2015 at 11:27 AM**

MTC  0018

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/16/2015 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU 5-B by this provider on today's date starting at 1240 hrs with Cpt Thomas escorting. The offender was calm and cooperative and voiced no mental health concerns and he denied SI/HI and A/V/T hallucinations. No s/s of agitation/distress noted at the time. Mental Health Staff will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.**

**Electronically Signed by Yolanda Green, MHC on 01/16/2015 at 1:50 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   MED
**CL**: 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/13/2015 - Mental Health: Treatment Team Observation Rounds**
**Provider: Lasheka Warren, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 01/13/2015 at approximately 1136 Hrs, this counselor was escorted by C/O Gordon, C/O Clemments, and C/O Sherry, also accompanied by Psychologist Dr. Powe and Mental Health Counselor Mr. Anglin to conduct observation rounds on the named offender. This offender was scheduled on this day for treatment team, however due to TB skin testing, this offender could not be escorted from the pod.

This counselor did not make contact with this offender due to his inappropriate behavior of masturbaing towards staff. Offender was written an RVR and follow-up will be made on a later date to address any mental health issues.

**Electronically Signed by Lasheka Warren, MHC on 01/22/2015 at 4:27 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/09/2015 - Mental Health: Sick Call**
**Provider: Martine Quinn, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Note**
**Reason for Visit:** Sick Call
**Date SCR Completed by Inmate:** 12/31/2014
**SCR Date Received:** 01/31/2015
**Date Seen:** 01/09/2015
**Subjective:** "....i don't need no more pills!!! I need to have a x-ray for surgery to be done on me. To take all hearing devices out of my body...."
Objective:
**Attention:** Alert
**Attitude:** Suspicious
**Appearance:** Clean
**Behavior:** Cooperative
**Speech:** Pressured
**Mood:** Irritable
**Affect:** Blunted
**Thought:** Illogical
**Hallucinations:** Denied
**Delusions:** Thought Broadcasting
**Ideation:** Denied
**Insight:** Fair
**Judgment:** Poor
**Sleep:** Normal
**Appetite:** Normal
**Orientation:** Not Oriented
**Vital Signs**

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Recommendations:** Offender stated that he had devices in him that was allowing his family to hear his thoughts and see him. Offender stated that he can hear the voices of his family members talking about seeing him. Offender stated that he needed a surgery to remove these devices. Offender denied SI/HI thoughts and A/V/T hallucinations (he states these voices are not hallucinations). Offender does not appear to be a harm to himself or others. Offender states that he only wants to talk to the doctor so that he can receive this surgery. Offender will be referred to psychiatric NP /psychiatrist for further assessment and evaluation.

**Co-Pay**
 No Charge
**Reason for no charge** medication issue

**Mental Health Treatment Plan**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 2
Chart Document

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ⬛⬛⬛⬛  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

## Assessment
**Updated Problems:**
NICOTINE DEPENDENCE (AXIS I) (DS4-305.10)
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90)


## Objectives/Goals:

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Past Medical History:**
Asthma, Hypertension


**Electronically Signed by Martine Quinn, MHC on 01/09/2015 at 9:10 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▇▇▇▇▇▇ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/09/2015 - Mental Health: INMATE REQUEST FORM**
**Provider: Evelyn Dunn, PMHNP-BC**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**INMATE REQUEST FORM**

*Imported By: Cathy Eddie 1/27/2015 9:37:21 AM*

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Evelyn Dunn, PMHNP-BC**
**Filed automatically on 01/27/2015 at 9:40 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/08/2015 - Mental Health: Rounds**
**Provider:** Yolanda Green, MHC
**Location of Care:** East Mississippi Correctional Facility

**Mental Health Rounds were conducted on HU 5-B by this provider on today starting at 1916 hrs and Officers Leggett and Arrington escorted. The offender was calm/cooperative and voiced no mental health concerns and he denied SI/HI and A/V/T hallucinations. No s/s of agitation or distress noted at the time and Mental Health Staff will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.**

**Electronically Signed by Yolanda Green, MHC on 01/08/2015 at 8:47 PM**

MTC 0024

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▒▒▒▒▒    **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/08/2015 - Rx Refill: CALCIUM ANTACID 500 MG  CHEW**
**Provider: Carl Duff, RN**
**Location of Care: East Mississippi Correctional Facility**

**Prescriptions:**
CALCIUM ANTACID 500 MG  CHEW (CALCIUM CARBONATE ANTACID) Take 2 tablets by mouth 3 times daily
#150 x 1

| | |
|---|---|
| Entered by: | Cari Duff, RN |
| Authorized by: | Rolando Abangan, MD |
| Signed by: | Cari Duff, RN on 01/08/2015 |
| Method used: | Faxed to ... |
| | I.H.S. (retail) |

Ph:
Fax: 800-638-9459
RxID:    1736347285057980

**Electronically Signed by Cari Duff, RN on 01/08/2015 at 2:42 PM**
**Electronically Signed by Rolando Abangan, MD on 01/12/2015 at 7:46 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/31/2014 - Medication Administration Record: DECEMBER  31**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**DECEMBER  31**

*Imported By: Robert Hopson, DMR 2/19/2015 2:02:32 PM*

External Attachments:

1. Type: Image
     Comment:   External Document
2. Type: Image
     Comment:   External Document
3. Type: Image
     Comment:   External Document

**Signed before import by Michael Reddix, MD**
**Filed automatically on 02/19/2015 at 2:05 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/30/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU5-B by this provider on today's date starting at 1940 hrs and CO M. House escorted. The offender was calm and cooperative and voiced no mental health concerns. He denied SI/HI and A/V/T hallucinations. No s/s of agitation or distress noted at the time and Mental Health Staff will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.**

**Electronically Signed by Yolanda Green, MHC on 12/30/2014 at 10:35 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ▓▓▓▓▓    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/26/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU 5-B by this provider on today starting at 2120 hours with Officer Arrington escorting. The offender was cooperative and voiced no mental health concerns at the time and he denied SI/HI and A/V/T hallucinations and no s/s of agitation or distress noted at the time and Mental Health Staff will continue to monitor him for his psychiatric and clinical needs on his housing unit.**

**Electronically Signed by Yolanda Green, MHC on 12/26/2014 at 10:11 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/21/2014 - Mental Health: Psychiatric Visit**
**Provider:** Evelyn Dunn, PMHNP-BC
**Location of Care:** East Mississippi Correctional Facility

**Chief Complaint:** Presenting to interview with delusions, hallucinations, and paranoia - reports "need to go to the hospital.....believe somebody poisoned me....need surgery....my stomach..." Reports "hears voices...people talking about me....hear my baby's momma...hear my sisiter.." Reports compliance with medications.

**MSE:** 35 y/o AAM. Speech normal rate/tone/rhythm. Pleasant/cooperative for interview. Mood "need to go to the hospital.." Affect - restricted. Denies suicidal/homicidal thoughts at interview. Presenting with hallucinations, delusions, and paranoia - he is preoccupied regarding "need to go to the hospital...need to have surgery on mystomach...believed somebody poisoned me..." Thoughts loose. Denies disturbances to sleep/appetite. Mood disturbances - paranoia contributing to increase in anxiety - he insists "been poisoned...need to go to the hospital...need surgery on my stomach..." Insight/judgement-fair.

Discussed medications - reports compliance with medications - on Haldol and Artane - will increase Haldol - he reports compliant with medications - however hx of noncompliance - hx of requiring long-acting Haldol Dec. to assist with stabilization. No overt sxs of TD or EPS at interview. Will require monitoring during mental health rounds to monitor for decompesation - will need to monitor compliance with medications as well - presenting with psychosis at interview combined with hx of noncompliance with oral medications.

**Orders**
1. Increase Haldol 10 mg by mouth bid X 180 days.
2. Benadryl 50 mg by mouth every pm X 180 days.
3. Continue Artane 5 mg by mouth bid X 180 days.
4. RTC in 1 month/sooner as needed.

Electronically Signed by Evelyn Dunn, PMHNP-BC on 12/26/2014 at 6:07 PM
Electronically Signed by Santa Jenkins, LPN on 12/29/2014 at 2:09 PM

MTC  0029

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/18/2014 - Mental Health: Rounds**
**Provider:** Yolanda Green, MHC
**Location of Care:** East Mississippi Correctional Facility

Mental Health Rounds were conducted on HU 5-B by this provider on 12/17/2014 starting at 2130 hrs and Sgt. Deloach escorted. The offender was calm and cooperative and voiced no mental health concerns and he denied SI/HI and A/V/T hallucinations. No s/s of agitation or distress noted at the time and Mental Health. Will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.

Electronically Signed by Yolanda Green, MHC on 12/18/2014 at 9:02 PM

MTC  0030

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   MED
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/18/2014 - Mental Health: MH Rounds**
**Provider: Lasheka Warren, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 12/18/2014 at approx. 1105 Hrs., this counselor was escorted by C/O Smith for
mental health rounds. The named offender was seen cell-side and did not report
experiencing any symptoms of psychosis nor were any signs observed at this time.
Offender reported no other issues and will continue to be monitored for any
psychiatric needs.

**Electronically Signed by Lasheka Warren, MHC on 01/09/2015 at 1:08 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/09/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Rounds were conducted on HU 5-B by this provider on 12/9/2014 starting at 1820 hours with Sgt. Deloach escorting. The offender was calm/cooperative and voiced no mental health concerns at the time and he denied SI/HI and A/V/T hallucinations and no s/s of agitation or distress noted at the time and Mental Health Staff will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.**

**Electronically Signed by Yolanda Green, MHC on 12/13/2014 at 4:02 PM**

MTC  0032

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/08/2014 - Mental Health: Sick Call**
**Provider: Clara Thomas, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Mental Health Note**
**Reason for Visit:** Sick Call
**Date SCR Completed by Inmate:** 12/08/2014
**SCR Date Received:** 12/08/2014
**Date SCR Triaged:** 12/08/2014
**Date Seen:** 12/08/2014
**Subjective:** Edget stated that they put him to sleep when he went to the hospital, he stated they did something to him and he does not know what they did to him.,
**Objective:**
**Attention:** Alert
**Attitude:** Appropriate
**Appearance:** Dirty
**Behavior:** Calm
**Speech:** Normal
**Mood:** Anxious
**Affect:** Appropriate
**Thought:** Illogical
**Hallucinations:** Auditory
**Delusions:** Paranoid
**Ideation:** Denied
**Insight:** Poor
**Judgment:** Good
**Sleep:** Normal
**Appetite:** Normal
**Orientation:** Person, Place, Time
**Vital Signs**

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Recommendations:** Refer to the psy doctor, stated he has been hearing voices all the time since he came back from the hospital, stated they put him to sleep and he does not know what they did to him.

**Co-Pay**
Sick Call Charge (Inmate initiated non-emergency visit for Medical/Dental or MH - $6.00)

**Mental Health Treatment Plan**

**Assessment**
**Updated Problems:**
NICOTINE DEPENDENCE (AXIS I) (DS4-305.10)
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90)

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 2
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   MED
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**Objectives/Goals:**

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Past Medical History:**
Asthma, Hypertension

**Electronically Signed by Clara Thomas, MHC on 12/08/2014 at 6:41 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ⬛⬛⬛⬛⬛  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**12/08/2014 - Mental Health: SICK CALL REQUEST**
**Provider: Evelyn Dunn, PMHNP-BC**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**SICK CALL REQUEST**

*Imported By: Cathy Eddie 12/16/2014 9:51:33 AM*

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Evelyn Dunn, PMHNP-BC**
**Filed automatically on 12/16/2014 at 9:55 AM**

MTC  0035

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**11/30/2014 - Medication Administration Record: NOVEMBER  30**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**NOVEMBER  30**

*Imported By: Robert Hopson, DMR 12/11/2014 10:32:48 AM*

```
External Attachments:

    1. Type: Image
         Comment:    External Document
    2. Type: Image
         Comment:    External Document
    3. Type: Image
         Comment:    External Document
```

**Signed before import by Michael Reddix, MD**
**Filed automatically on 12/11/2014 at 10:35 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**11/17/2014 - Interdisciplinary Progress Note: Sick Call**
**Provider: Rolando Abangan, MD**
**Location of Care: East Mississippi Correctional Facility**

**Interdisciplinary Progress Note**
**S:** IM comes in because he has heartburn
**O:** Abdomen soft not tender, no rebound, BS active
**Height:** 71
Wt: **161** lbs.  T: **98.2** deg F.  T site: **oral**  P: **95**  Rhythm: **regular**  R: **16**  BP: **108/62**
**A:** Acid reflux
**P:** TUMs 2tablets by mouth TID

**Interdisciplinary Progress Note**

**Medications:**
Added new medication of CALCIUM ANTACID 500 MG  CHEW (CALCIUM CARBONATE ANTACID) Take 2
tablets by mouth 3 times daily - Signed
Rx of CALCIUM ANTACID 500 MG  CHEW (CALCIUM CARBONATE ANTACID) Take 2 tablets by mouth 3 times
daily; #150 x 2;  Signed;  Entered by: Rolando Abangan, MD;  Authorized by: Rolando Abangan, MD;  Method
used: Faxed to I.H.S., , ,   , Ph: , Fax: 800-638-9459
**Observations:**
Added new observation of RESP RATE: 16 /min (11/17/2014 8:51)
Added new observation of PULSE RATE: 95 /min (11/17/2014 8:51)
Added new observation of BP DIASTOLIC: 62 mmHg (11/17/2014 8:51)
Added new observation of BP SYSTOLIC: 108 mmHg (11/17/2014 8:51)
Added new observation of TEMPERATURE: 98.2 deg F (11/17/2014 8:51)
Added new observation of PULSE RHYTHM: regular  (11/17/2014 8:51)
Added new observation of TEMP SITE: oral  (11/17/2014 8:51)
Added new observation of WEIGHT: 161 lb (11/17/2014 8:51)
Added new observation of HEIGHT: 71 in (11/17/2014 8:51)

**Vital Signs**
**Height:** 71 inches
**Weight:** 161 pounds
**Temperature:** 98.2 degrees  F (oral)
**Pulse rate:** 95
**Pulse rhythm:** regular
**Respirations:** 16
**Blood Pressure:** 108/62 mm Hg

**Electronically Signed by Rolando Abangan, MD on 11/17/2014 at 11:15 AM**
**Electronically Signed by Tameka Causey, LPN on 11/18/2014 at 12:21 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 2*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▓▓▓▓  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

MTC  0038

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ⬛⬛⬛⬛⬛   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**11/15/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

Mental Health Rounds were conducted on HU 5-B by this provider on 11/13/2014 starting at 1400 hrs with Officer
Altman escorting. The offender was calm/cooperative and voiced no mental health concerns and he denied SI/HI
and A/V/T hallucinations and no s/s of agitation/distress noted at the time plus, Mental Health Staff will continue to
monitor the offender for his psychiatric and clinical needs on his housing unit.

**Electronically Signed by Yolanda Green, MHC on 11/15/2014 at 9:38 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**11/05/2014 - Mental Health: MH Rounds**
**Provider: Lasheka Warren, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 11/05/2014, at approx. 0930 Hrs., this counselor was escorted by Officer Williams for mental health rounds.Offender was seen standing at his cell door. When asked if he had any mental health concerns offender reached through his unsecured tray slot and grabbed this writer on the buttocks. No further contact was made with offender due to his sexually assaultive behavior. Offender will be issued an RVR for B8 rule violation. No further contact will be made with this offender in the future by this counselor. He will be referred to MHC Mr. Anglin for any psychiatric needs.

**Electronically Signed by Lasheka Warren, MHC on 11/13/2014 at 10:19 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/31/2014 - Medication Administration Record: OCTOBER  31**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**OCTOBER  31**

*Imported By: Robert Hopson, DMR 11/17/2014 7:41:37 AM*

External Attachments:

   1. Type: Image
      Comment:   External Document
   2. Type: Image
      Comment:   External Document
   3. Type: Image
      Comment:   External Document

**Signed before import by Michael Reddix, MD**
**Filed automatically on 11/17/2014 at 7:45 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/30/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

Mental Health Rounds were conducted by this provider on 10/29/2014 starting at 1615 hours on HU 5-B. Sgt. Deloach was present and escorted. The offender was calm and cooperative and he voiced no mental health concerns. The offender denied SI/HI and A/V/T hallucinations. The offender didn't display any s/s of agitation or distress and Mental Health staff will continue to monitor the offender for his psychiatric and clinical needs on his housing unit.

**Electronically Signed by Yolanda Green, MHC on 10/30/2014 at 10:48 AM**

**Mississippi Department of Corrections**
633 North State Street  Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▓▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/15/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 10/15/14 @ approximately 8:10 am, escorted by CO Williams during mental health rounds Inmate 13856 was observed in his cell. He is awake lying in his bed. When asked if he had any mental health issues? IM stated he's good. IM has no mental health issues. No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed. No mental health issues. Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 10/15/2014 at 1:49 PM**

MTC 0043

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~████████~~  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/13/2014 - Orders**
**Provider: Kimberly Townsend, LPN**
**Location of Care: East Mississippi Correctional Facility**

## Orders

**Medications:**
Added new medication of HALOPERIDOL 5 MG TABS (HALOPERIDOL) Take one tab by mouth BID. - Signed
Rx of HALOPERIDOL 5 MG TABS (HALOPERIDOL) Take one tab by mouth BID.; #60 x 5;  Signed;  Entered by:
Kimberly Townsend, LPN;  Authorized by: Evelyn Dunn, PMHNP-BC;  Method used: Faxed to I.H.S., , ,  , Ph: ,
Fax: 800-638-9459

**Electronically Signed by Kimberly Townsend, LPN on 10/13/2014 at 10:26 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:**　　　　　**RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/10/2014 - Internal Correspondence: InMATE REQUEST FORM**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**InMATE REQUEST FORM**


*Imported By: Cathy Eddie 12/4/2014 4:25:50 PM*

---

External Attachment:

   Type:      Image
   Comment:   External Document


**Signed before import by Michael Reddix, MD**
**Filed automatically on 12/04/2014 at 4:30 PM**

---

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**10/06/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 10/6/14 @ approximately 8:05 am, escorted by CO Johnson during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good, requested and received forms(ILAP,ARP,inmate requests, medical, paper, and envelopes).IM has no mental health issues.No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 10/06/2014 at 11:11 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▉▉▉▉▉    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/30/2014 - Medication Administration Record: SEPTEMBER 30**
**Provider:** Evelyn Dunn, PMHNP-BC
**Location of Care:** East Mississippi Correctional Facility
**This document contains external references**

**SEPTEMBER 30**

*Imported By: Cathy Eddie 11/10/2014 10:32:34 AM*

```
External Attachments:

   1. Type: Image
      Comment:   External Document
   2. Type: Image
      Comment:   External Document
```

**Signed before import by Evelyn Dunn, PMHNP-BC**
**Filed automatically on 11/10/2014 at 10:35 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ⬛⬛⬛⬛    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/29/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 9/29/14 @ approximately 8:50 am, escorted by CO Shearry during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 09/29/2014 at 11:00 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~███████~~   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
Housing Loc: EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/23/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 9/23/14 @ approximately 8:45 am, escorted by Sgt Altman/Lt. Ruffin during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.


**Electronically Signed by Roger Davis, MHC on 09/23/2014 at 10:26 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ███████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/15/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 9/15/14 @ approximately 9:30 am, escorted by Sgt Dukes during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated um alright. IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed. No mental health issues. Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 09/15/2014 at 11:23 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▇▇▇▇▇▇ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/08/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 9/8/14 @ approximately 8:10 am, escorted by Sgt Westmoreland during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good,requested and received forms(ILAP,ARP,inmate request,medical sick,paper,and envelopes).IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 09/08/2014 at 10:05 AM**

MTC 0051

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**09/01/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 9/1/14 @ approximately 3:45 pm, escorted by Sgt Dukes during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good, requested and received a word puzzle. IM has no mental health issues . No s/s of psychosis, A/V/T hallucinations or SI/HI, or threats to harm self observed. No mental health issues. Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 09/01/2014 at 5:53 PM**

MTC  0052

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ████ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/25/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 8/25/14 @ approximately 9:25 am, escorted by CO Williams during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's good, just waiting on pill call.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI,or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 08/25/2014 at 11:46 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/20/2014 - Mental Health: Psychiatric Visit**
**Provider: Evelyn Dunn, PMHNP-BC**
**Location of Care: East Mississippi Correctional Facility**

**Chief Complaint:** Reports compliance with medications - reports however "body locking up...need an increase to my Artane..." Currently - on Haldol 5 mg bid and Artane 2 mg bid. Reports doing well on current dose of Haldol - only need changes to Artane.

**MSE:** 34 y/o AAM. Speech normal rate/tone/rhythm. Pleasant/cooperative for interview. Mood - "alright..." Affect - euthymic. Denies suicidal/homicidal thoughts at interview. Denies hallucinations, delusions, or paranoia. Thoughts organized and coherent. Denies disturbances to sleep/appetite. Denies sxs of depresson- denies sxs of mania/hypomania - denies sxs of anxiety. Insight/judgement- fair.

Discussed medications- reporting s/e to medication - reporting muscle stiffness - will increase Artane - he consents to remain on Haldol.

**Plan**
1. Increase Artane 5 mg by mouth bid X 180 days.
2. Continue Haldol 5 mg by mouth bid X 180 days.
3. RTC in 3 months/sooner as needed.

Electronically Signed by Evelyn Dunn, PMHNP-BC on 08/21/2014 at 10:34 PM

MTC 0054

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old   Male   DOB:** ▓▓▓▓▓▓   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL**: 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/19/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 8/19/14 @ approximately 8:35 am, escorted by CO Shearry during mental health rounds Inmate 13856 was observed in his cell. He is awake sitting in his cell. When asked if he had any mental health issues? IM stated he's straight.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 08/19/2014 at 12:35 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:**⬛⬛⬛⬛⬛   **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/10/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 8/10/14 @ approximately 9:43 am, escorted by CO Flagg during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's straight.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 08/10/2014 at 1:19 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~████~~ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/05/2014 - Mental Health: Quarterly Treatment Team Review**
**Provider:** Lasheka Warren, MHC
**Location of Care:** East Mississippi Correctional Facility

**Med Class:**
1
**Medications:**
HALOPERIDOL 5 MG TABS (HALOPERIDOL) TAKE ONE TAB by mouth BID
TRIHEXYPHENIDYL HCL 2 MG TABS (TRIHEXYPHENIDYL HCL) TAKE ONE TAB by mouth BID

**Medical Issues:** According to this offenders MARS, he is currently prescribed Haloperidol and Trihexyphenidyl tablets to help with treatment of his mental health condition.
**Psychiatrist / Mental Health Issues:** This offender was scheduled to meet with treatment team staff on this day. Offender could not be present due to the facility lockdown and a chart review was conducted in lieu of this scheduled obligation. Counselors will make cell-side mental health rounds daily and continue to monitor this offender until the lockdown is lifted.

**Electronically Signed by Lasheka Warren, MHC on 08/07/2014 at 12:59 PM**

MTC 0057

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**08/03/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 8/3/14 @ approximately 8:58 am, escorted by CO Flagg during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's straight, just dealing with institutional isses( showers, canteen,shave), and not receiving medications for 2 days, due to IM throwing things, setting fires, unsafe enviroment.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 08/03/2014 at 11:06 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

### HUDSON LYNN EDGET
**35 Years Old  Male  DOB** ██████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**07/28/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 7/28/14 @ approximately 8:56 am, escorted by CO Brown during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. When asked if he had any mental health issues? IM stated he's straight.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 07/28/2014 at 11:27 AM**

MTC 0059

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**07/21/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 7/21/14 @ approximately 7:45 am, escorted by CO Mosbley during mental health rounds Inmate 13856 was observed in his cell. He is a awake standing @ his cell door. IM stated he's straight ".IM requesting to see MHC Green, this writer informed the IM that MHC Green is not assigned to this unit that he would need to see MHC Warren or Anglin to meet his mental health needs.IM has no mental health issues .No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns .

**Electronically Signed by Roger Davis, MHC on 07/21/2014 at 9:40 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▬▬▬▬▬  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**07/15/2014 - Mental Health: Quarterly Treatment Team Chart Revies**
**Provider: Lasheka Warren, MHC**
**Location of Care: East Mississippi Correctional Facility**

**Med Class:**
1
**Medications:**
HALOPERIDOL 5 MG TABS (HALOPERIDOL) TAKE ONE TAB by mouth BID
TRIHEXYPHENIDYL HCL 2 MG TABS (TRIHEXYPHENIDYL HCL) TAKE ONE TAB by mouth BID

**Medical Issues:** According to this offenders MARs, he is currently presribed Haldol tablets and Thorazine to treat his mental health diagnosis.
**Psychiatrist / Mental Health Issues:** Due to the facility wide lockdown, this offender was not seen for treatment team. Treatment team staff reviewed his medical chart and counselors will make daily cell-side visits until the lockdown is lifted.
**Treatment Team Referrals / Plan Recommendations:** Offender will continue to be monitored for psychiatric needs.

**Electronically Signed by Lasheka Warren, MHC on 07/16/2014 at 10:48 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▉▉▉▉▉▉  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**07/14/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 7/14/14 @ approximately 9:30 pm, escorted by Sgt Altman/Coleman, during mental health rounds inmate
13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or
SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No
mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to
monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 07/14/2014 at 2:30 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**07/08/2014 - Mental Health: Rounds**
**Provider: Yolanda Green, MHC**
**Location of Care: East Mississippi Correctional Facility**

Mental Health Rounds were conducted on HU5-B starting at 0845 by this provider with CO Schade on 7/7/2014.
The provider did not talk with the offender d/t the offender standing by his cell door masturbating. The offender will
continue to be monitored for psychiatric and clinical needs while on the unit.

**Electronically Signed by Yolanda Green, MHC on 07/08/2014 at 9:54 AM**

MTC 0063

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:**        **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
Housing Loc: EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**06/30/2014 - Mental Health: rounds**
**Provider: Parrish C Anderson, MHC**
**Location of Care: East Mississippi Correctional Facility**

Mental Health Rounds was conducted on HU5-B by this provider, MHC Lockette, and CO and CO Jenkins 6/27/14. IM was at his cell door and did not report any mental health concerns. IM denied SI/HI and no psychosis at time of the rounds. The offender stated that he was doing ok when asked how he was doing. MH will continue to monitored IM for psychiatric and clinical needs.

**Electronically Signed by Parrish C Anderson, MHC on 06/30/2014 at 4:33 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~████████~~   **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**06/16/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 6/16/14 @ approximately 8:48 pm, escorted by CO Winston, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door.No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns

**Electronically Signed by Roger Davis, MHC on 06/16/2014 at 1:34 PM**

MTC 0065

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████      **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**06/08/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 6/8/14 @ approximately 4:40 pm, escorted by CO Tanksley, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 06/08/2014 at 7:48 PM**

MTC 0066

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   MED
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**06/03/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 6/3/14 @ approximately 9:30 am, escorted by Sgt Schade, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 06/03/2014 at 11:52 AM**

MTC 0067

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ~~████████~~ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/31/2014 - Medication Administration Record: MAY 31**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**MAY 31**

*Imported By: Robert Hopson, DMR 7/21/2014 1:53:20 PM*

External Attachments:

1. Type: Image
     Comment:   External Document
2. Type: Image
     Comment:   External Document

**Signed before import by Michael Reddix, MD**
**Filed automatically on 07/21/2014 at 1:55 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:**⬛⬛⬛⬛⬛    **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/26/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 5/26/14 @ approximately 7:50 am, escorted by Sgt Pollard, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 05/26/2014 at 10:20 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓  **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   MED
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/20/2014 - Office Visit: MH Rounds**
**Provider: Lasheka Warren, MHC**
**Location of Care: East Mississippi Correctional Facility**

On May 20, 2014 at approximately 1500hrs, I MHC Warren saw the named offender during rounds. He reported that he had no mental health concerns at this time. Offender will continue to be monitored for psychiatric illness.

**Electronically Signed by Lasheka Warren, MHC on 06/11/2014 at 9:48 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓▓ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/18/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 5/18/14 @ approximately 8:05 am, escorted by CO Vest, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 05/18/2014 at 10:20 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/12/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 5/12/14 @ approximately 8:29 am, escorted by Lt Lewis, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 05/12/2014 at 11:16 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ~~■■■■■■■■~~ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**05/04/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 5/4/14 @ approximately 3:00 pm, escorted by CO Shanks, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 05/04/2014 at 7:44 PM**

MTC 0073

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/30/2014 - Medication Administration Record: APRIL 30**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**APRIL 30**


*Imported By: Cathy Eddie 7/8/2014 9:08:19 AM*

External Attachments:

   1. Type: Image
      Comment:   External Document
   2. Type: Image
      Comment:   External Document


**Signed before import by Michael Reddix, MD**
**Filed automatically on 07/08/2014 at 9:10 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ⬛⬛⬛⬛ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/28/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 4/28/14 @ approximately 4:42 pm, escorted by CO Shanks, during mental health rounds Inmate 13856 was observed in his cell. He is awake standing @ his cell door. No s/s of psychosis, A./V/T hallucinations or SI/HI , or threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 04/28/2014 at 8:18 PM**

MTC  0075

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/20/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 4/20/14 @ approximately 7:50 am during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 04/20/2014 at 9:57 AM**

MTC  0076

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/14/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 4/14/14 @ approximately 4:30 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 04/14/2014 at 7:09 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/12/2014 - Mental Health: Psychiatric Visit**
**Provider:** Evelyn Dunn, PMHNP-BC
**Location of Care:** East Mississippi Correctional Facility

**Chief Complaint:** Reports he needs to resume his medications. Reports "feeling homicidal...always feel homicidal..." In response to reasons he feels/always feels homicidal - he gives a somewhat odd report of "it seem like every year a family member of mine end up dead..." He continues "in Jan...mom was murdered...my sister wrote and told me..." He begins the interview with an odd question of "when I suppose to live..." - he then begins conversation of "need to get on my medicines..."

**MSE:** 34 y/o AAM. Speech normal rate/tone/rhythm. Pleasant/cooperative for interview. Mood - need to get on my medications. Affect - restricted. Denies suicidal thoughts/plans/intents - however reports he always feel homicidal - is feeling homicidal - however no reports of plans/intents to harm others/self. He is guarded at interview - however denies hallucinations at interview - possible delusions with odd reports of " always feeling homicidal cause every year a family member of mine ends up dead..." - truth -vs- delusions. Reports sleep - sometimes. Denies disturbances to appetite. Insight/judgement - fair.

Discussed medications. Haldol Dec. recently D/C'd due to refusing - did not meet criteria for involuntary medication administration at that time - now wants to resume medications - reports needing his medications - suggest somewhat improved insight - reports "want the Haldol pills.." Hx of noncompliance with medications - however reports he is going to take medications as prescribed. Presents with an extensive hx of severe mental illness - schizophrenia - hx of assaults to female staff with reaching out grabbing female staff's breasts or buttocks - on numerous occasions. Consents to start Haldol and Artane - reports he can not take Cogentin - reports it bothers his eyes.

**Orders**
1. Haldol 5 mg by mouth bid X 180 days.
2. Artane 2 mg by mouth bid X 180 days.
3. RTC in 3 months/sooner as needed .

Electronically Signed by Evelyn Dunn, PMHNP-BC on 04/12/2014 at 5:41 PM
Electronically Signed by Leah Polanco, LPN on 04/13/2014 at 2:25 AM

MTC 0078

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ███████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/08/2014 - Mental Health: Sick Call**
**Provider:** Roger Davis, MHC
**Location of Care:** East Mississippi Correctional Facility

**Mental Health Soap Note**
**Reason for Visit:** Sick Call
**Date SCR Completed by Inmate:** 04/07/2014
**SCR Date Received:** 04/08/2014
**Date SCR Triaged:** 04/08/2014
**Date Seen:** 04/08/2014
**Subjective:** Medication Evaluation
Objective:
**Attention:** Alert
**Attitude:** Appropriate
**Appearance:** Unkempt
**Behavior:** Calm
**Speech:** Normal
**Mood:** Normal
**Affect:** Appropriate
**Thought:** Coherent
**Hallucinations:** Denied
**Delusions:** Denied
**Ideation:** Denied
**Insight:** Fair
**Judgment:** Poor
**Sleep:** Normal
**Appetite:** Normal
**Orientation:** Person, Place, Time
**Vital Signs**

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Recommendations:** On 4/8/14, @ approximately 5:20 pm, this writer completing sick calls on HU 5, to meet with IM 13856 regarding inmate request/sick call submitted 4/7/14. IM requesting help from Staff regarding getting back on his medication. IM is requesting a review due to s/s of decompensation,his cell required cleaning up , he had numerous meal trays in his cell , which posed a health risk, staff was cleaning cell. He refused to sign inmate request form acknowledging that he was visited about his concern.Will refer to NP/ Psychiatrist for follow up and follow thru. No s/s of A/V/T hallucinations, SI/HI, or SIB , except his ADL skills were lacking and judgement in maintaining his cell. IM is able to weigh the risks and consequences of his behaviors. No other problems observed or reported. Continue to monitor for mental health concerns.

**Co-Pay**
No Charge
**Reason for no charge** Within 3 months

MTC  0079

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 2*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:**     **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

## Mental Health Treatment Plan
Care Plan formulated by: Treatment Team

### Assessment
**Updated Problems:**
NICOTINE DEPENDENCE (AXIS I) (DS4-305.10)
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90)

### Objectives/Goals:

**Prior Problems:** NICOTINE DEPENDENCE (AXIS I) (DS4-305.10) --
SCHIZOPHRENIA, UNDIFFERENTIATED TYPE (AXIS I) (DS4-295.90) --

**Past Medical History:**
Asthma, Hypertension

**Electronically Signed by Roger Davis, MHC on 04/08/2014 at 7:55 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB** ▮▮▮▮▮ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/08/2014 - Mental Health: INMATE REQST FORM**
**Provider: Evelyn Dunn, PMHNP-BC**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**INMATE REQST FORM**

*Imported By: Cathy Eddie 4/23/2014 9:32:02 AM*

```
External Attachment:

   Type:      Image
   Comment:   External Document
```

**Signed before import by Evelyn Dunn, PMHNP-BC**
**Filed automatically on 04/23/2014 at 9:35 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**04/07/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 4/7/14 @ approximately 3:15 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 04/07/2014 at 8:40 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/27/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 3/27/14 @ approximately 3:25 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 03/27/2014 at 5:55 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/19/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 3/19/14 @ approximately 3:45 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 03/19/2014 at 7:07 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▐▐▐▐▐▐▐▐ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/11/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 3/11/14 @ approximately 4:10 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 03/11/2014 at 8:06 PM**

MTC 0085

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ████████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**03/05/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 3/5/14 @ approximately 3:27 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing @ his cell door.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. No mental health issues.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 03/05/2014 at 5:58 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▬▬▬▬▬ **RACE:** Black or African American  **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

03/05/2014 - Mental Health: Psychiatric Visit
Provider: Evelyn Dunn, PMHNP-BC
Location of Care: East Mississippi Correctional Facility

<u>Chief Complaint:</u> Reports doing alright. Staff reports "he has been refusing his Haldol Dec. shot..." He reports "the shot swells my feet up..." Reports "I will take the Haldol pills..."

<u>MSE:</u> 34 y/o AAM. Speech normal rate/tone/rhythm. Pleasant/Cooperative for interview. Mood - alright. Affect - euthymic. Denies suicidal/homicidal thoughts at interview. Denies sxs of psychosis at interiew - denies hallucinations or delusions - however somewhat guarded at interview - with paranoia regarding medications. Thoughts organized and coherent. Denies disturbances to sleep/appetite. Denies disturbances to mood. Insight/judgement fair.

Recommend the offender taking the long-acting decanoate medications - an extensive hx of noncompliance with oral medications. Although presents with hx of severe mental illness - he does not meet criteria for involuntary medication administration at time of interview. Will require monitoring at mental health rounds and through referrals for sxs of decompensation - presents with hx of relapses - recommend the offered medication - he is refusing - will D/C for now and monitor - may require involuntary medication administration if sxs of decompensation occur.

<u>Orders</u>
1. D/C Haldol Dec.
2. D/C Artane.
3. RTC in 3 months/sooner as needed.

Electronically Signed by Evelyn Dunn, PMHNP-BC on 03/11/2014 at 9:56 PM
Electronically Signed by Shana Carter, LPN on 03/12/2014 at 4:45 AM

MTC 0087

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ▆▆▆▆▆▆▆ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/28/2014 - Medication Administration Record: FEBRUARY  28**
**Provider: Michael Reddix, MD**
**Location of Care: East Mississippi Correctional Facility**
**This document contains external references**

**FEBRUARY  28**

*Imported By: Robert Hopson, DMR 8/19/2014 3:23:55 PM*

```
External Attachments:

    1. Type: Image
       Comment:   External Document
    2. Type: Image
       Comment:   External Document
```

**Signed before import by Michael Reddix, MD**
**Filed automatically on 08/19/2014 at 3:25 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ███████  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/27/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 2/27/14 @ approximately 3:50 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing in his cell.No s/s of psychosis, A/V/T hallucinations, HI/SI or any threats to harm self observed. IM is able to weigh the risks and consequences of his behaviors.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 02/27/2014 at 4:56 PM**

**Mississippi Department of Corrections**
633 North State Street  Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
*Page 1*
*Chart Document*

## HUDSON LYNN EDGET

**35 Years Old  Male  DOB:** ████████  **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E   **MED CL:** 1

**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/22/2014 - Orders**
**Provider: Sandra Atwood, RN**
**Location of Care: East Mississippi Correctional Facility**

## Orders

**Medications:**
Added new medication of TRIHEXYPHENIDYL HCL 5 MG  TABS (TRIHEXYPHENIDYL HCL) Take 1 tablet by mouth twice daily - Signed
Rx of TRIHEXYPHENIDYL HCL 5 MG  TABS (TRIHEXYPHENIDYL HCL) Take 1 tablet by mouth twice daily;  #60 x 5;  Signed;  Entered by: Sandra Atwood, RN;  Authorized by: Evelyn Dunn, PMHNP-BC;  Method used: Faxed to I.H.S., , , ,  Ph: , Fax: 800-638-9459

**Electronically Signed by Sandra Atwood, RN on 02/22/2014 at 12:39 AM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/22/2014 - Rx Refill**
**Provider: Sandra Atwood, RN**
**Location of Care: East Mississippi Correctional Facility**

**Electronically Signed by Sandra Atwood, RN on 02/22/2014 at 1:43 AM**

MTC 0091

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▓▓▓▓▓▓▓ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED**
**CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/18/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 2/18/14 @ approximately 4:20 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing in his cell.No s/s of psychosis, A/V/T hallucinations, HI/SI  or any threats to harm self observed. IM is able to weigh the risks and consequences of his behaviors.Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 02/18/2014 at 7:59 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ▇▇▇▇▇▇▇ **RACE:** Black or African American   **SEC LEV:** CLOSE  **LOC:** E  **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**02/12/2014 - Mental Health: Rounds**
**Provider: Roger Davis, MHC**
**Location of Care: East Mississippi Correctional Facility**

On 2/12/14 @ approximately 4:55 pm during mental health rounds Inmate 13856 was observed in his cell . He is awake, standing in his cell.No s/s of psychosis, A/V/T hallucinations, HI/SI or any threats to harm self observed.IM is able to weigh the risks and consequences of his behaviors. Continue current monitoring program. No problems observed or reported. Will continue to monitor for mental health concerns.

**Electronically Signed by Roger Davis, MHC on 02/12/2014 at 6:57 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

## HUDSON LYNN EDGET
**35 Years Old  Male  DOB:** ▮▮▮▮▮▮▮  **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/13/2014 - TB Screen and Result Annual**
**Provider:** Kristen Ashmore, RN
**Location of Care:** East Mississippi Correctional Facility

## Annual TB Screening and Results
**1st Step Results:** Negative
**mm of induration:** 00
**Date Read:** 09/02/2009
**2nd Step Results:** Negative
**mm of induration:** 00
**Date Read:** 09/18/2009

**Administer Annual PPD**
**Administered:** Yes
**Site #:** L Forearm
**Lot #:** c4492aa
**Expiration Date:** 05/03/2016
 Kristen Ashmore, RN DON
**Date:** 01/13/2014

**Annual PPD Results**
**Result:** Negative
**mm of induration:** 0
**Annual PPD Result Read By:** C. DUFF, RN
**Date:** 01/15/2014

**Electronically Signed by Kristen Ashmore, RN DON on 01/16/2014 at 11:13 AM**
**Electronically Signed by Cari Duff, RN on 01/16/2014 at 3:05 PM**

**Mississippi Department of Corrections**
633 North State Street   Jackson, MS 39202
(601) 359-5600  Fax:

*April 15, 2015*
Page 1
Chart Document

**HUDSON LYNN EDGET**
**35 Years Old  Male  DOB:** ████████ **RACE:** Black or African American   **SEC LEV:** CLOSE   **LOC:** E   **MED CL:** 1
**Housing Loc:** EAST MISS. CCF, EMCF UNIT 5, POD B, BED 116L

**MDOC #:** 13856

**01/06/2014 - Mental Health: MH Rounds**
**Provider: Jorge Anglin, MSCE**
**Location of Care: East Mississippi Correctional Facility**

Mental health rounds was conducted offender did not report any A/V/TH, nor any SI/HI, at that present time. MH will continue to monitor offender for psychiatric and clinical needs.

**Electronically Signed by Jorge Anglin on 01/17/2014 at 10:36 PM**