**OFFENDER LOG:EDGET, HUDSON LYNN Inmate ID:13856**
Printed:12/05/2014 15:32 By:HOUSTON, TONYA D
For the period from:02/23/2014 15:29 to 10/01/2014 15:29
Log Type:RUNNING RECORD



EXHIBIT E

### 02/26/2014 14:41 - ANGLIN, JORGE - RUNNING RECORD

Late Entry: On 02-21-2014, mental health rounds was conducted offender did not report any issues was given Black History month literature.

---

### 03/04/2014 16:46 - HERSEY, TYRONE - RUNNING RECORD

Casemanager made contact with offender during rounds and offenders needs and concerns was addressed on this date of 03/03/2014. Offender requested and received visitation information.

---

### 03/12/2014 08:59 - HERSEY, TYRONE - RUNNING RECORD

Casemanager made contact with offender on 3/11/2014 during rounds. Offenders need and concerns was addressed during contact. Offender continues to be housed on long term segregation status. Offender will be contacted on weekly basis.

---

### 03/13/2014 16:34 - ANGLIN, JORGE - RUNNING RECORD

On 03-13-2014, mental health rounds was conducted on unit 5 offender did not report any A/V/TH, nor any SI/HI, at that present time. Mental health literature was given on " How to Control Anger and Stress'

---

### 03/18/2014 14:07 - HERSEY, TYRONE - RUNNING RECORD

Casemanager made rounds date of 3/17/2014 on bravo pod to address offenders needs and concerns. Offender was given opportunity and continues to be housed on long term segregation status at this time.

---

### 03/24/2014 16:11 - HERSEY, TYRONE - RUNNING RECORD

Casemanager made contact with offender and offender had no concerns at this time. Offender is currently housed in appropriate housing area and in is in  appropriate security class..

---

### 03/31/2014 09:36 - ANGLIN, JORGE - RUNNING RECORD

Late Entry: On 03/26/2014, MH rounds was conducted on housing unit 5 offender did not report any A/V/TH, nor any SI/HI, at that present time. Offender was given information on " How to Deal With Anger Problems"

---

### 03/31/2014 13:39 - HERSEY, TYRONE - RUNNING RECORD  (03/31/2014 13:40)

Casemanager made contact with offender during rounds and offender requested and received some envelopes to be able to write home.

---

### 04/09/2014 15:07 - HERSEY, TYRONE - RUNNING RECORD  (04/09/2014 15:12)

Casemanager made contact with offender on above date and offender was kind of quiet and a little distant. Casemanager informed offender that he was sent some envelopes and writing paper that was mailed to the offender on 04/08/2014. Offender stated that he did not receive them. Casemanager will
send offender some more envelopes and paper. Offender does appear that he needs to be seen by the medical department.

---

### 04/23/2014 17:18 - HERSEY, TYRONE - RUNNING RECORD

Casemanager made contact during rounds with offender on todays date and offenders classification and other concerns was addressed. This offender is in close security class and housed on appropriate area for close custody offenders.

**04/25/2014 16:58 - ANGLIN, JORGE - RUNNING RECORD**

Late entry : On 04-04-2014, mental health rounds was conducted on housing unit 5 offender did not report any mental health issues or concerns he was given information on " What is anger management? "

---

**05/09/2014 10:38 - HERSEY, TYRONE - RUNNING RECORD**

Casemanager made contact with offender during rounds on 5/7/2014 to address needed concerns and issues. Offender is housed on long term segregation and he will continue to be reviewed on 90 day reviews.

---

**05/20/2014 15:00 - WARREN, LASHEKA M - RUNNING RECORD  (06/11/2014 09:49)**

On May 20, 2014 at approximately 1500hrs, I MHC Warren saw the named offender during rounds. He reported that he had no mental health concerns at this time. Offender will continue to be monitored for psychiatric illness. (EOR)

---

**05/23/2014 16:03 - ANGLIN, JORGE - RUNNING RECORD**

Late Entry: On 05-22-2014, mental health rounds was conducted on unit 5B. Offender did not report any Auditory/Visual/Tactile Hallucinations, Suicidal Ideation/Homicidal Ideation. He was given group information on "Dealing with Anger".

---

**05/28/2014 17:20 - HERSEY, TYRONE - RUNNING RECORD**

Casemanager made contact with offender during rounds and offenders need and concerns were addressed. Offender is currently housed on long term segregation.

---

**06/19/2014 14:44 - HERSEY, TYRONE - RUNNING RECORD**

Casemanager made weekly contact with offender during rounds on date of 06/18/2014. Offenders needs and concerns were addressed. Offender is housed on Long term segregation at this time. Will follow up with monthly contact to address concerns.

---

**06/25/2014 15:00 - HERSEY, TYRONE - RUNNING RECORD**

Casemanager made monthly contact with offender on pod area to address offenders needs and concerns. Offender is housed in correct cell at this and is classified in security class close custody.

---

**07/17/2014 13:11 - ANGLIN, JORGE - RUNNING RECORD**

Late Entry: On 07-14-2014, mental health rounds was conducted on housing unit 5. Offender did not report any Auditory/Visual/Tactile Hallucinations, Suicidal/Homicidal Ideation nor appeared to be in any mental health distress. He was given an handout on "Positive Thinking: 7 Easy
Ways to Improve a Bad Day".

---

**07/28/2014 11:42 - ANGLIN, JORGE - RUNNING RECORD**

Late Entry: On 07/25/2014, Mental health rounds was conducted on housing unit 5. Offender did not report any Auditory/Visual/Tactile hallucinations, Suicidal/Homicidal ideations nor did he appear to be in any mental health distress.

---

**08/05/2014 12:59 - WARREN, LASHEKA M - RUNNING RECORD  (08/07/2014 13:00)**

This offender was scheduled to meet with treatment team staff on this day. Offender could not be present due to the facility lockdown and a chart review was conducted in lieu of this scheduled obligation. Counselors will make cell-side mental health rounds daily and continue to monitor this offender until the lockdown is lifted.(EOR)

### 08/19/2014 16:04 - WELLS, MARKESHIA - RUNNING RECORD  (08/19/2014 16:05)

On this day, Offender received the following state issue, issued by Unit Manager Anderson: 1 laundry bag, 2 pants, 2 shirts, 2 briefs, 2 socks, 1 pair of shower shoes, 1 blanket, 2 sheets, 1 pillow case, 2 wash cloth and 2 towels.

### 09/15/2014 11:21 - HERSEY, TYRONE - RUNNING RECORD  (09/15/2014 11:24)

Contact with offender during rounds on 9/10/2014 and offender requested to be released off long-term segregation. Offender is eligible to be released from long term segregation. Offender did state that he wants to be moved to housing unit 3 or transfered out from facility.

### 09/17/2014 11:07 - ANGLIN, JORGE - RUNNING RECORD

Late Entry: On 09/11/2014, MH rounds was conducted on unit 5. Offender did not report any issues related to signs and or symptoms related to an Mental health illness. Offender was given handouts on strategies for Conflict Resolution, ILAP form, Library request form, Inmate Request form, Medical Request form, ARP form, and puzzles.

### 09/25/2014 16:42 - HERSEY, TYRONE - RUNNING RECORD  (09/25/2014 16:43)

Casemanager made contact with offender on above date to address offenders needs and concerns. Offender is housed in appropriate custody status and housed on long term segregation.

### 10/01/2014 13:55 - HERSEY, TYRONE - RUNNING RECORD  (10/01/2014 13:59)

Contact with offender on above date and offender requested to be transferred from this facility. Offender was informed by the mental health counselor that he wil or is not eligible for a transfer at this time because he is not stable on his meds.

End of Log Entries