Hudson Edget #13856
E.M.C.F. 1-C-#702.
10641 Hwy 80 West
Meridian, MS 39307.



U.S. District Court
Clerks office
501. Court St. Suite #2500
Jackson, MS 39201

Request: Status of the outcome of Edget V. M.D.O.C. ETAL 3:14 CV. 548 FKB-FKB.

I'm curiourious as the out come of the Trial was on May 4, 2016.

Plaintiff seeks the Deposition of his Bench Trial Before the Magistrate.

Respectfully Submitted this 20th day of Sept, 2016.

By:x Hudson Edgett #13856
SS#. 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